```
                                      UNITED STATES DISTRICT COURT
                                                FILED

                                            March 28, 2000

                                      EASTERN DISTRICT OF LOUISIANA
                                             Loretta G. Whyte
                                                  Clerk
```

MINUTE ENTRY
CLEMENT, J.
March 28, 2000


                UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

    You are hereby notified that the following cases will be called by Judge Edith Brown Clement on **WEDNESDAY, MAY 3, 2000 at 10:00 a.m.**
    Counsel is ordered to enter default against the defendant(s) who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with Rule 41(b) FRCP.

99-3591    FRED WILLIAM MARSH V ADBON CALLAIS OFFSHORE, LLC.
            as to all defendants

00-33      ALCAN RUBBER & CHEMICAL, INC.
            as to all defendants

00-103     DENNIS ROBINETT, ET AL V ALLSTATE INSURANCE CO.
            as to all defendants

March 28, 2000

                          _____
                          Anita Kinghorn, Courtroom Deputy
                          589-7688