U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 02 2000

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CLEMENT, J.
May 2, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

    The following cases were set this day on an order show cause why they should not be DISMISSED:
    IT IS ORDERED that the said cases be disposed of as indicated below:

00-33    ALCAN RUBBER & CHEMICAL, INC.
        Case not called.  Passed 30 days for plaintiff to serve defendant P.T. Andhika Lines.


May 2, 2000

                                                  UNITED STATES DISTRICT JUDGE