```
UNITED STATES DISTRICT COURT
            FILED

       September 29, 2000

  EASTERN DISTRICT OF LOUISIANA
         Loretta G. Whyte
              Clerk
```

MINUTE ENTRY
CLEMENT, J.
September 29, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

You are hereby notified that the following cases will be called by Judge Edith Brown Clement on **WEDNESDAY, NOVEMBER 1, 2000 at 10:00 a.m.**

Counsel is ordered to enter default against the defendant(s) who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with Rule 41(b) FRCP.

| | |
|---|---|
| 00-33 | ALCAN RUBBER VS MV STAR GRAN, ET AL<br>Attys: John Fay   Robert Barbier<br>(As to P.T. Andhika Lines) |
| 00-264 | MILTON RODRIGUEZ VS WACKENHUT CORPORATION<br>Attys: Paula Perrone   Frederick Le Clercq<br>(As to Wackenhut Corporation) |
| 00-1338 | ANTHONY BONNER VS ZURICH INSURANCE, ET AL<br>Attys: Ivan Warner   Thomas Gaudry   Sophia Pappas<br>(As to Garvin Tyrone Vincent) |
| 00-1905 | THYSSEN INC. VS MV AMFITRITI<br>Atty: Cecil Gordon Starling<br>(As to MV Amfitriti) |
| 00-2178 | TRAVELERS PROPERTY VS CALCINER INDUSTRIES INC, ET AL<br>Attys: Grady Hurley   Mark Seyler<br>(As to all defendants) |

SEPTEMBER 29, 2000         Pam Radosta, Courtroom Deputy
                           589-7683

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.