

MINUTE ENTRY
CLEMENT, J.
November 1, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED:
After hearing, IT IS ORDERED that the said cases be disposed of as indicated below:

| | |
|---|---|
| 00-33 | ALCAN RUBBER VS MV STAR GRAN, ET AL |
| | Attys: John Fay    Robert Barbier |
| ORDERED: | **PASSED FOR 30 DAYS.** |

| | |
|---|---|
| 00-264 | MILTON RODRIGUEZ VS WACKENHUT CORPORATION |
| | Attys: Paula Perrone    Frederick Le Clercq |
| ORDERED: | **PASSED FOR 30 DAYS.** |

| | |
|---|---|
| 00-1338 | ANTHONY BONNER VS ZURICH INSURANCE, ET AL |
| | Attys: Ivan Warner    Thomas Gaudry    Sophia Pappas |
| ORDERED: | **PLACED ON TRIAL DOCKET** |

| | |
|---|---|
| 00-1905 | THYSSEN INC.  VS MV AMFITRITI |
| | Atty: Cecil Gordon Starling |
| ORDERED: | **PASSED FOR 20 DAYS, ANSWER TO BE FILED.** |

| | |
|---|---|
| 00-2178 | TRAVELERS PROPERTY VS CALCINER INDUSTRIES INC, ET AL |
| | Attys: Grady Hurley    Mark Seyler |
| ORDERED: | **PASSED FOR 30 DAYS.** |

November 1, 2000

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV  2 2000

