```
UNITED STATES DISTRICT COURT
              FILED

        January 11, 2001

   EASTERN DISTRICT OF LOUISIANA
          Loretta G. Whyte
               Clerk
```

MINUTE ENTRY
CLEMENT, J.
January 11, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

You are hereby notified that the following cases will be called by Judge Edith Brown Clement on **WEDNESDAY, FEBRUARY 7, 2001 at 10:00 a.m.**

Counsel is ordered to enter default against the defendant(s) who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with Rule 41(b) FRCP.

| | |
|---|---|
| 00-33 | ALCAN RUBBER VS M STAR GRAN, ET AL<br>Attys: John Fay    Robert Barbier<br>(As to P.T. Andhika Line) |

ORDERED:

---

| | |
|---|---|
| 00-2178 | TRAVELERS PROPERTY CASUALTY VS CALCINER INDUSTRIES<br>Attys: Grady Hurley Mark Seyler Joseph Gallagher<br>  Gustave Fritchie Max Cohen Edward Rodrigue<br>(As to Memco Barge Lines, Elmwood Marine, Bruce Oakley, Inc., Seadrift Coke, Continental Ins. Co., Travelers Property Casualty, Travelers Indemnity Co, National Union Fire Ins. Co. |

ORDERED:

---

| | |
|---|---|
| 00-2342 | THOMAS LANE VS CARIBBEAN TOWING INC, ET AL<br>Attys: William Ransom    David Sharpe<br>(As to Caribbean Towing) |

ORDERED:

---

| | |
|---|---|
| 00-2380 | AMEE SALES VS WATERMAN STEAMSHIP CORP, ET AL<br>Attys: Sidney Degan    Michael deBlanc<br>(As to Waterman Steamship and Lash Intermodal) |

ORDERED:



```
PAGE 2 - CALL DOCKET
SECTION N (2/7/01)
```

00-2475   RENTAL SERVICE CORP. VS INDUSTRIAL SYSTEMS
          Atty: Bruce Burglass
          (As to Industrial Systems)
ORDERED:

---

00-2710   MEDITERRANEAN SHIPPING VS WENSTRADE COMPANY
          Atty: Cecil Starling
          (As to Wenstrade Company)
ORDERED:

---

January 11, 2001                    Pam Radosta, Courtroom Deputy
                                    Section N (589-7683)