FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -6 AM 11: 58

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | * | CIVIL ACTION |
| EASTERN DISTRICT OF LOUISIANA | * | NO. 00-0033 |
| NEW ORLEANS, LOUISIANA | * | JUDGE EDITH CLEMENT<br>SECTION: "N" |
| | | MAGISTRATE WILKINSON<br>MAG: (2) |
| | | COMPLAINT (ADMIRALTY<br>AND MARITIME CLAIM) |

ALCAN RUBBER & CHEMICAL, INC.

VERSUS

M/V STAR GRAN, her engines, tackle, etc., *in rem*, and
Star Shipping A.S., Grieg Shipping A.S., P.T.
Andhika Lines, Gran, Inc., *in personam*

**EXPARTE MOTION TO EXTEND TIME FOR DEFENDANT
P.T. ANDHIKA LINES TO ANSWER THE ORIGINAL COMPLAINT,
<u>MEMORANDUM IN SUPPORT OF MOTION, AND ORDER</u>**

NOW COMES, plaintiff, Alcan Rubber and Chemical, Inc. through undersigned counsel, and moves this Court for the entry of an Order granting defendant P.T. Andhika Lines thirty days (30) within which to answer the Complaint in this action. In support of this memorandum plaintiff shows

DATE OF ENTRY
FEB 7 2001

that on August 31, 2000, plaintiff transmitted a copy of the complaint together with a notice of lawsuit and request for waiver of service to defendant P.T. Andhika Lines in Singapore pursuant to Rule 4 of the Federal Rule of Civil Procedure. P.T. Andhika failed to return the waiver of service form. Accordingly, on January 16, 2001, plaintiff served P.T. Andhika Line pursuant to the Louisiana Long Arm Statute. On or about January 31, 2001, undersigned counsel for plaintiff received a call from Mary Hubbard of the New Orleans law firm Fowler Rodriquez, who advised that they will be representing defendant P.T. Andhika Line in this action, and that they will be filing a responsive pleading forthwith. Accordingly, plaintiff moves this Honorable Court for the entry of an order allowing P.T. Andhika thirty days from today's date to answer the complaint in this action.

John F. Fay, Jr. T.A. (Bar # 1870)
Francis J. Barry, Jr. (Bar # 2830)
Deutsch, Kerrigan, & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130
(504) 581-5141
**Attorneys for Alcan Rubber & Chemical, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 6th day of February, 2001.

_____
John F. Fay, Jr.

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | * | CIVIL ACTION |
| EASTERN DISTRICT OF LOUISIANA | * | NO. 00-0033 |
| NEW ORLEANS, LOUISIANA | * | JUDGE EDITH CLEMENT SECTION: "N" |
| | | MAGISTRATE WILKINSON MAG: (2) |
| | | COMPLAINT (ADMIRALTY AND MARITIME CLAIM) |

ALCAN RUBBER & CHEMICAL, INC.

VERSUS

M/V STAR GRAN, her engines, tackle, etc., *in rem*, and
Star Shipping A.S., Grieg Shipping A.S., P.T.
Andhika Lines, Gran, Inc., *in personam*

### ORDER

Considering the motion of plaintiff,

**IT IS HEREBY ORDERED** that defendant P.T. Andhika Lines shall have thirty (30) days from the entry of this Order to answer the original complaint in this action.

New Orleans, Louisiana this 6th day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE