

MINUTE ENTRY
CLEMENT, J.
FEBRUARY 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases were called to show cause why they should not be DISMISSED:
IT IS ORDERED that the said cases be disposed of as indicated below:

00-33        ALCAN RUBBER VS M STAR GRAN, ET AL
             Attys: John Fay    Robert Barbier
ORDERED: PASSED FOR 30 DAYS.

---

00-2178      TRAVELERS PROPERTY CASUALTY VS CALCINER INDUSTRIES
             Attys: Grady Hurley Mark Seyler Joseph Gallagher
                  Gustave Fritchie Max Cohen Edward Rodrigue
ORDERED: PLACED ON TRIAL DOCKET.

---

00-2342      THOMAS LANE VS CARIBBEAN TOWING INC, ET AL
             Attys: William Ransom    David Sharpe
ORDERED: CASE DISMISSED 1-22-01.

---

00-2380      AMEE SALES VS WATERMAN STEAMSHIP CORP, ET AL
             Attys: Sidney Degan    Michael deBlanc
ORDERED: PASSED FOR 30 DAYS.

---

00-2475      RENTAL SERVICE CORP. VS INDUSTRIAL SYSTEMS
             Atty: Bruce Burglass
ORDERED: PASSED FOR 30 DAYS.

---

00-2710      MEDITERRANEAN SHIPPING VS WENSTRADE COMPANY
             Atty: Cecil Starling
ORDERED: PLACED ON THE TRIAL DOCKET.

---

DATE OF ENTRY
FEB 1 2 2001