```
                                          FILED
                                     U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                     2001 APR -3  PM 1:47

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
CLEMENT, J.
April 3, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL | CIVIL ACTION |
| VERSUS | NO. 00-33 c/w 00-3467 |
| MV STAR GRAN, ET AL | SECTION "N" |

Service has not been made upon the following defendants:

Star Shipping AS, Grieg Shipping AS, Gran Inc and Billagong AS in Civil Action No. 00-3467.

Fed. R. Civ. P. 4(m) provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, unless service is made on the named defendant within 30 days of this date or unless within that time you show good cause **in writing** for having failed to do so, plaintiff's claims against the named defendant will be dismissed without further notice.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 4 2001

___ree_____
___Process__
_X_/Dktd
___CtRmDep
Doc.No. 14