FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 18 AM 11:53

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE AUSTRALIA LIMITED<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, etc., *in rem*, and STAR SHIPPING AS, GRIEG SHIPPING AS, GRAN, INC. and A/S BILLABONG, *in personam* | CIVIL ACTION<br><br>NO. 00-3467 consol. w/00-33<br><br>SECTION "F" (5)<br>Judge Martin L.C. Feldman<br>Magistrate Alma L. Chasez |

### ANSWER

NOW INTO COURT, through undersigned counsel, come Star Shipping AS, Grieg Shipping AS, Gran, Inc. and A/S Billabong who, in answer to the complaint of Royal & Sun Alliance Insurance Australia Limited, with respect represents, on information and belief, as follows:

1.

The complaint fails to state a cause or right of action upon which relief can be granted.

2.

This Court lacks jurisdiction over the subject matter and/or the person of defendants.

3.

There is insufficiency of process and/or insufficiency of service of process.

4.

This forum is neither proper nor the most appropriate venue for this action.

5.

And now, specifically answering the allegations of the complaint, defendants deny the allegations contained in paragraphs 1 and 6 of the complaint for lack of sufficient information on which to base a belief; deny the allegations contained in paragraph 2 of the complaint, except to admit that at all times pertinent the M/V STAR GRAN was a merchant vessel; deny the allegations contained in paragraphs 3, 5 and 7 of the complaint; deny the allegations contained in paragraph 4 of the complaint, except to admit that there was delivered to the vessel cargo upon which this claim is based; aver that the allegations contained in paragraph 8 of the complaint contain conclusions of law which require no answer, but insofar as answer is required they are denied.

6.

Further answering the Complaint, and as a separate and complete defense thereto, defendants aver that if plaintiff ever had a claim upon which relief could be granted against defendants, which is denied, such claim for relief is barred by prescription, limitation of actions, the statute of limitations and/or limitation of time for filing suit as set forth in the United States Carriage of Goods by Sea Act, 46 USC § 1300 et seq. or, alternatively, by laches.

7.

Further answering the Complaint, defendants specifically plead the applicable bills of lading and contracts of carriage in their entirety, any applicable charter parties, tariffs and the United States Carriage of Goods by Sea Act, 46 USC § 1300 et seq.

8.

Further answering the Complaint, and in the alternative, defendants allege that if plaintiff is entitled to recover herein, which is denied, defendants specifically plead under the applicable law the value of limit of liability per package or customary freight unit which does not exceed $500.00.

9.

Further answering the Complaint, and in the alternative, defendants allege that if the cargo which is the subject of the Complaint sustained any damage while in the custody of the M/V STAR GRAN or defendants, which allegations are denied, then said damage resulted from act, neglect or default in the navigation or management of the vessel, act of God, or perils, dangers and accidents of the sea or other navigable waters, inherent defect, quality or vice of the goods themselves, insufficiency or inadequacy of the packaging of the goods, latent defects not discoverable by due diligence, fire, and/or other causes arising without the actual fault or privity of defendants or without the fault or privity of the agents or servants of defendants. Defendants show that such damage, which is denied, was a consequence of one or more of the foregoing, and that under the applicable bills of lading, contracts of carriage, any applicable charter parties and the applicable law, defendants are not liable to plaintiff herein.

10.

Further answering, and in the alternative, defendants submit that if plaintiff sustained any damage as a result of the cargo being in the custody of the defendants, or the M/V STAR GRAN, which is denied, then the damage resulted from the fire and/or other causes arising without the design or neglect of the defendants, and without the design or neglect of any agent or servant of the defendants. Defendants show that any such damage, which is denied, is subject to defendants' defense under the Fire Statute, 46 U.S.C. §182, and accordingly defendants are not liable to plaintiff.

11.

Further answering, defendants show that at all pertinent times the vessel was strong, staunch and seaworthy and fit for her intended purpose, and the damage, if any, was caused by the sole negligence on the part of plaintiff or third parties for whom defendants are not responsible.

12.

Defendants reserve the right to file supplemental and amended pleadings, including counter-claims, cross-claims and third-party complaints, alleging such other and further different matters and defenses as the evidence may disclose.

13.

Further answering, and in the alternative, defendants place plaintiff on full proof of the fairness and reasonableness of the steps taken to minimize damages.

WHEREFORE, defendants, Star Shipping AS, Grieg Shipping AS, Gran, Inc. and A/S Billabong, pray that after due proceedings had they have judgment in their favor, dismissing the complaint at plaintiff's cost and for all such other relief as in law, equity and justice defendants may be entitled to receive.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA) (# 2741)
STEPHEN E. MATTESKY (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants, Star Shipping AS,
Grieg Shipping A.S., Gran, Inc. and A/S Billabong

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 1X day of April 2000.

_____
ROBERT J. BARBIER
STEPHEN E. MATTESKY

N:\New Files Folder\326\32687\p\Answer.Plasterboard.wpd