```
UNITED STATES DISTRICT COURT
            FILED
_____
          April 24, 2001
_____
   EASTERN DISTRICT OF LOUISIANA
         Loretta G. Whyte
             Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER & CHEMICAL INC.                      CIVIL ACTION

VERSUS                                            NO. 00-33 C/W 00-3467

MV STAR GRAN, ET AL                               SECTION "N"

### PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE regarding this action will be held **BY TELEPHONE** on **MAY 18, 2001 AT 10:00 AM,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

April 24, 2001. (COURT WILL INITIATE CALL)

_____
Pam Radosta
Courtroom Deputy, Section "N"(589-7683)

NOTICE OF COMPLIANCE WITH Fed. R. .Civ. P. 26(a)(1) and 26(f):
COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f). (RULE 26 ATTACHED). COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.. (THIS PERTAINS TO CASES FILED AFTER DECEMBER 1, 2000)

NOTICE:
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

```
_FEE_____
_PROCESS___
_DKTD_____
_CTRMDEP___
_DOCUMENT NO.__
```