

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 c/w 003467 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*,   Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE:  Ginger Berrigan |
| | MAGISTRATE:  Alma L. Chasez |
| Defendants | |

## <u>UNOPPOSED MOTION TO FILE AMENDED ANSWER - CIVIL ACTION NO. 00-0033</u>

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.,  who move the court to allow them to file an Amended Answer, as attached, so as to admit jurisdiction and venue in these consolidated matters.

Counsel for plaintiff has been contacted and has no objection to the granting of this motion.

```
DATE OF ENTRY
OCT  2 2001
```

```
___Fee_____
___Process____
_X_ Dktd _√ L D_
_√_ CtRmDep_
    Doc.No._18_
```

Respectfully submitted,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____

ROBERT J. BARBIER  (TA)  (# 2741)
STEPHEN E. MATTESKY   (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this __2 8__ day of August, 2001.

_____

N:\New Files Folder\326\12687p\Motion Amend Answer 0033wpd.wpd

-2-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 c/w 003467 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*,   Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE:  Ginger Berrigan |
| | MAGISTRATE:  Alma L. Chasez |
| Defendants | |

## O R D E R

Considering the foregoing motion;

IT IS ORDERED that defendants be and they are allowed to file an Amended Answer so as to admit jurisdiction and venue in these consolidated matters.

New Orleans, Louisiana, this __1__ day of __October__, 2001.

_____
UNITED STATES DISTRICT JUDGE

-3-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 c/w 003467 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*,  Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE:  Ginger Berrigan |
| | MAGISTRATE:  Alma L. Chasez |
| Defendants | |

## AMENDED ANSWER - CIVIL ACTION NO. 00-0033

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc., who amend the previous Answer filed in this matter as follows:

1.

By withdrawing paragraph II of the original Answer so as to admit jurisdiction, both of the subject matter and person of the defendants.

_____ Fee _____
_____ Process
__X__ Bktd
_____ CtRmDep
Doc.No.

2.

By withdrawing paragraph III of the original Answer to admit that this suit is filed in a proper and appropriate venue.

WHEREFORE, defendants pray that this Amended Answer be deemed acceptable and after due proceedings had there be judgment in their favor dismissing plaintiff's complaint at its cost and for all such other relief as in law, equity and justice defendants may be entitled to receive.

Respectfully submitted,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

ROBERT J. BARBIER  (TA)  (# 2741)
STEPHEN E. MATTESKY   (#9046)
3100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this _____ day of August, 2001.

ROBERT J. BARBIER

N:\New Files Folder\326\32687p\Amended Answer 0033 wpd

-2-