

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 c/w 003467 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: ~~Ginger Berrigan~~ CLEMENT |
| | MAGISTRATE: ~~Alma L. Chasez~~ WILKINSON |
| Defendants | |

## AMENDED ANSWER - CIVIL ACTION NO. 00-3467

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., Gran, Inc. and Billabong, who amend the previous Answer filed in this matter as follows:

1.

By withdrawing paragraph 2 of the original Answer so as to admit jurisdiction, both of the subject matter and person of the defendants.



2.

By withdrawing paragraph 4 of the original Answer to admit that this suit is filed in a proper and appropriate venue.

WHEREFORE, defendants pray that this Amended Answer be deemed acceptable and after due proceedings had there be judgment in their favor dismissing plaintiff's complaint at its cost and for all such other relief as in law, equity and justice defendants may be entitled to receive.

Respectfully submitted,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA) (# 2741)
STEPHEN E. MATTESKY (#9046)
3100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 2 day of October, 2001.

_____
ROBERT J. BARBIER

N:\New Files Folder\326\12687\p\Amended Answer 0033.wpd

-2-