

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV -8 PM 4:21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033  c/w 00-3469 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Clement |
| Defendants | MAGISTRATE: Alma L. Chasez |

## MOTION TO COMPEL DISCOVERY

NOW INTO COURT, through undersigned counsel, come Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc., and move this Honorable Court for an order compelling Alcan Rubber & Chemical, Inc. to answer Interrogatories propounded to them on February 21, 2001 and to produce for inspection the documents which are the subject of Requests for Production of Documents served on February 21, 2001. Failing which defendants pray that there be judgment

herein in their favor against Alcan Rubber & Chemical, Inc. and that Alcan's claim filed herein be dismissed with prejudice.

          Respectfully submitted:

          TERRIBERRY, CARROLL & YANCEY, L.L.P.

          ROBERT J. BARBIER (TA)  (# 2741)
          STEPHEN E. MATTESKY   (#9046)
          3100 Energy Centre
          1100 Poydras Street
          New Orleans, LA 70163-3100
          Telephone: 504/523-6451
          Attorneys for Defendants
          Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 5th day of November 2001.

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Ginger Berrigan |
| | MAGISTRATE: Alma L. Chasez |
| Defendants | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL DISCOVERY**

MAY IT PLEASE THE COURT:

On February 21, 2001, defendants, Star Shipping AS, Grieg Shipping AS, and Gran (hereinafter "defendants"), propounded Interrogatories and Requests for Production of Documents, serving both upon Alcan Rubber & Chemical, Inc. (hereinafter "Alcan"). Rule 33 of the Federal Rules of Civil Procedure provides that the party to whom the interrogatories and requests are served shall serve written responses or objections within thirty (30) days after service of the request. To date, Alcan has failed to file written responses and/or objections.

Defendants submit that there is no good reason why the information sought should not be forthcoming, that the documents sought are in the custody, possession and/or control of Alcan and constitute evidence material for which the matter involved herein.

Defendants submit they are entitled to an order, under Rule 37 of the Federal Rules of Civil Procedure, compelling Alcan to respond under oath to the Interrogatories and Requests for Production of Documents. It is further requested that should Alcan fail to make the required response, that there be judgment herein in favor of defendants against Alcan and that Alcan's claim filed herein be dismissed with prejudice.

    Respectfully submitted:

    TERRIBERRY, CARROLL & YANCEY, L.L.P.

    _____
    ROBERT J. BARBIER (TA)   (# 2741)
    STEPHEN E. MATTESKY   (#9046)
    3100 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-3100
    Telephone: 504/523-6451
    Attorneys for Defendants
    Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 8th day of November 2001.

_____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Ginger Berrigan |
| | MAGISTRATE: Alma L. Chasez |
| Defendants | |

### REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc., and request that Alcan Rubber & Chemical, Inc. produce the following:

**REQUEST NO. 1**

Any and all documents pertaining to agreements and/or contracts of sale and/or consignment of the goods alleged to have been damaged in the subject litigation, including, but not limited to, bills of lading, mate's receipts, packing lists, shipping lists, mill certificates and sales agreements.

**REQUEST NO. 2**

Commercial invoices for all such goods listed in No. 1 above.

**REQUEST NO. 3**

Any and all cargo survey reports, including, but not limited to, pre-shipment, pre-loading and discharge surveys.

**REQUEST NO. 4**

Lab analysis reports and test samples.

**REQUEST NO. 5**

Any and all photographs of the cargo and the STAR GRAN.

**REQUEST NO. 6**

Any and all reports or other records showing the condition of the cargo at discharge and delivery.

**REQUEST NO. 7**

Any and all damage supports and documentation evidencing computation of damages claimed in this matter.

**REQUEST NO. 8**

Any and all documents pertaining to the transfer, storage, and/or inland transportation of the cargo in question including, without limitation, invoices, freight bills, delivery receipts, and warehouse receipts.

**REQUEST NO. 9**

Any and all documents which in any way note the depreciation in value of the cargo which forms the basis of the subject litigation.

**REQUEST NO. 10**

Any and all documents which in any way relate to the salvage and/or sale of the cargo which is the basis of the subject litigation.

**REQUEST NO. 11**

Any and all statements obtained from any individual, whether written, recorded or otherwise, in connection with the subject damages.

**REQUEST NO. 12**

Any and all experts' reports prepared on your behalf relative to the alleged damages in suit.

**REQUEST NO. 13**

Any and all investigative data prepared by a non-lawyer of whatsoever nature pertaining to the alleged damages in suit.

**REQUEST NO. 14**

Any and all insurance policies covering the cargo loss complained of, including any subrogation documentation.

**REQUEST NO. 15**

Please provide copies of any and all correspondence you have between your principals and any surveyor.

**REQUEST NO. 16**

Please provide copies of all documents you have which support your claim for shortage.

**REQUEST NO. 17**

Please provide copies of all documents you have which support your claim for damage.

**REQUEST NO. 18**

Please provide copies of all documents you have which support your claim for extraordinary expenses.

**REQUEST NO. 19**

Please provide copies of all records you have showing the value of the cargo prior to shipment.

**REQUEST NO. 20**

Please provide copies of all documentation you have showing the sound arrive market value of the cargo.

    Respectfully submitted:

    TERRIBERRY, CARROLL & YANCEY, L.L.P.

    ROBERT J. BARBIER (TA) (# 2741)
    STEPHEN E. MATTESKY (#9046)
    3100 Energy Centre, 1100 Poydras Street
    New Orleans, LA 70163-3100
    Telephone: 504/523-6451
    Attorneys for Defendants
    Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 2/ day of February, 2001.

_____
ROBERT J. BARBIER

N:\New Files Folder\326\32687\p\Req Prod Documents.wpd

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Ginger Berrigan |
| | MAGISTRATE: Alma L. Chasez |
| Defendants | |

## **INTERROGATORIES**

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc., and propound the following Interrogatories to Alcan Rubber & Chemical, Inc.:

### **INTERROGATORY NO. 1**

Please state the basis of your claim.

**INTERROGATORY NO. 2**

Please describe, in detail, the manner in which the alleged damage as to each item of cargo is computed.

**INTERROGATORY NO. 3**

Please provide the names, addresses and telephone numbers of all attending surveyors who attended or examined the cargo on your behalf at loading, during transit, or following discharge.

**INTERROGATORY NO. 4**

Please identify all parties you intend to call as witnesses, including expert witnesses.

**INTERROGATORY NO. 5**

Please provide a detailed list of documents which you have in your possession concerning this claim. If you claim privilege, please specifically identify document, date of document, and author of document to which you claim privilege, as well as outlining the privilege claimed.

**INTERROGATORY NO. 6**

Please state the ultimate disposition of the cargo which forms the basis of the subject litigation.

**INTERROGATORY NO. 7**

Please state what action was taken by you to preserve and/or salvage each item of damaged cargo.

**INTERROGATORY NO. 8**

Please state what, if any, specific acts or omissions Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc. and/or the M/V STAR GRAN caused or contributed to the loss or damages alleged in your complaint.

-2-

**INTERROGATORY NO. 9**

Please identify by name, title, telephone number, capacity, and residence address of all witnesses, including expert witnesses, you intend to call at trial in support of your claim, and detail the substance of their expected testimony.

**INTERROGATORY NO. 10**

Please state the name, title, capacity, telephone number, and residence address of all persons believed by you to have any information in any way relevant to the alleged damages in question.

**INTERROGATORY NO. 11**

Please give the names, telephone numbers, and addresses of persons from whom statements have been obtained; and further identify all persons interviewed but from whom statements were not obtained, in connection with the subject damages.

**INTERROGATORY NO. 12**

Please identify by name and capacity any and all individuals who prepared or assisted in the preparation of any and all answers to these Interrogatories.

                    Respectfully submitted:

                    TERRIBERRY, CARROLL & YANCEY, L.L.P.

                    ROBERT J. BARBIER (TA)  (# 2741)
                    STEPHEN E. MATTESKY  (#9046)
                    3100 Energy Centre, 1100 Poydras Street
                    New Orleans, LA 70163-3100
                    Telephone: 504/523-6451
                    Attorneys for Defendants
                    Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 21 day of February, 2001.

_____
ROBERT J. BARBIER

N:\New Files Folder\326\32687\p\Interrogatories.wpd

-4-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Ginger Berrigan |
| | MAGISTRATE: Alma L. Chasez |
| Defendants | |

### CERTIFICATE OF LOCAL RULE 37 CONFERENCE

In contemplation of defendants' Star Shipping AS, Grieg Shipping AS, and Gran, Inc. (hereinafter "defendants") discovery motion now scheduled for 11:00 o'clock a.m. on November 28, 2001, and pursuant to Local Rule 37, on November 7, 2001, undersigned counsel for defendants discussed this outstanding discovery with counsel for Alcan Rubber & Chemical, Inc. To date, no responses have been forthcoming.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA)  (# 2741)
STEPHEN E. MATTESKY   (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 5TH day of November 2001.

_____
Stephen E. Mattesky

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Ginger Berrigan |
| | MAGISTRATE: Alma L. Chasez |
| Defendants | |

### NOTICE OF HEARING

TO:   John Fay, Esquire
       Deutsch, Kerrigan & Stiles, L.L.P.
       755 Magazine Street
       New Orleans, LA 70130-3672

PLEASE TAKE NOTICE that the above and foregoing Motion to Compel will be brought on hearing before the Court at 11:00 o'clock a.m. on November 28, 2001, before the Honorable Magistrate Alma L. Chasez.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA) (# 2741)
STEPHEN E. MATTESKY (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 8th day of November 2001.

_____

-8-