FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 19 PM 4: 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC.<br><br>Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, STAR SHIPPING A.S., GREIG SHIPPING A.S., P.T. ANDHIKA LINES, GRAN, INC., *in personam*<br><br>Defendants | CIVIL ACTION NO. 00-0033<br>consolidated with 00-3467<br><br>SECTION " N "<br>Judge Edith Brown Clement<br><br>MAGISTRATE " 2 "<br>Magistrate Joseph C. Wilkinson |

### UNOPPOSED MOTION TO CONTINUE HEARING DATE FOR P.T. ANDHIKA LINES' MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Alcan Rubber & Chemical, Inc., who moves this court for an Order continuing the hearing date for P.T. Andhika Motion for Summary Judgment from November 28, 2001 to December 12, 2001 at 10 a.m. Counsel for plaintiff and co-defendants received the Motion for Summary Judgment on Friday, November 16, 2001 and need additional time in which to respond to the Motion for Summary Judgment.

1

Respectfully Submitted,

*[signature]*

JOHN F. FAY, JR. (La. Bar #1870), T.A.
WILLIAM K. TERRILL (#25897)
of
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-5141
Fax: (504) 529-7389
**Attorneys for Alcan Rubber & Chemical, Inc.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by transmitting and a copy of this motion addressed to them on this 19th day of November, 2001.

*[signature]*
William K. Terrill, II

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC.<br><br>Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, STAR SHIPPING A.S., GREIG SHIPPING A.S., P.T. ANDHIKA LINES, GRAN, INC., *in personam*<br><br>Defendants | CIVIL ACTION NO. 00-0033<br>consolidated with 00-3467<br><br><br>SECTION " N "<br>Judge Edith Brown Clement<br><br><br>MAGISTRATE " 2 "<br>Magistrate Joseph C. Wilkinson |

## ORDER

**HAVING CONSIDERED** the foregoing Unopposed Motion to Continue the hearing date for P.T. Andhika Lines' Motion for Summary Judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the hearing on P.T. Andhika Lines' Motion for Summary Judgment is hereby CONTINUED until December 12, 2001 at 10 a.m.

_____
UNITED STATES DISTRICT COURT JUDGE

G:\VICTORIA\Jff\STARGRAN\PLEADING\MotionContMSJhearing.wpd