FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 26 AM 11: 26

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 26, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| VERSUS | NO. 00-33 |
| M/V STAR GRAN ET AL. | SECTION "N" (2) |

### HEARING ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Defendants' Motion to Compel Discovery

O R D E R E D:

__XXX__ : DISMISSED AS MOOT. John F. Fay, Jr., counsel for plaintiff, has advised the court (by letter attached for filing in the record) that the parties have entered into an agreement whereby plaintiff's responses to the subject discovery will be submitted to counsel for defendants on or before November 30, 2001, and the motion, set for hearing on November 28, 2001, is moot.

DATE OF ENTRY
NOV 2 6 2001

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Fee____
Process____
X Dktd____
__CtRmDep____
Doc.No.__25__

## DEUTSCH, KERRIGAN & STILES, L.L.P.
(A PARTNERSHIP INCLUDING PROFESSIONAL LAW CORPORATIONS)

JOHN F. FAY, JR.
(504) 593-0709
jfay@dkslaw.com

755 MAGAZINE STREET
NEW ORLEANS, LA 70130-3672
TELEPHONE (504) 581-5141
FAX (504) 566-1201

2510 14TH STREET, SUITE 1001
GULFPORT, MISSISSIPPI 39501
TELEPHONE (228) 864-0161
FAX (228) 863-5278

November 20, 2001

**VIA TELEFAX**
Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Camp Street
Division "5"
New Orleans, LA 70130

Re: Alcan Rubber & Chemical, Inc. v.
M/M STAR GRAN, et al
USDC, EDLa, C.A. 00-0033 "N" (2)
Our File: 41317-001

Dear Magistrate Wilkinson:

Counsel for defendants Star Shipping A.S., Grieg Shipping, A.S., and Gran, Inc., Robert Barbier, and myself, on behalf of plaintiff Alcan Rubber & Chemical, Inc., have reached an agreement concerning Alcan's submission of responses to discovery requests propounded by Star Shipping, et al., which are the subject of defendants' motion to compel discovery that is scheduled for hearing on November 28, 2001. Counsel have agreed to the entry of an order that plaintiff's responses will be submitted to Mr. Barbier on or before November 30, 2001. Accordingly, the parties jointly request the entry of a minute entry instructing that plaintiff's responses be submitted to counsel for Star Shipping, et al., on or before November 30, 2001. Thank you in advance for Your Honor's attention to this request.

Respectfully,

John F. Fay, Jr.

JFF:rv
G:\VICTORIA\JFF\STARGRAN\LTRS\chase2.101.wpd
cc: Robert J. Barbier, Esq. (via telefax)
Mary Campbell Hubbard, Esq. (via telefax)



RECEIVED
NOV 20 2001
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

11/20/01 TUE 17:02 [TX/RX NO 6874] ☑002

# Deutsch, Kerrigan & Stiles, L.L.P.

755 Magazine Street
New Orleans, Louisiana 70130-3672
(504) 581-5141
Fax: (504) 566-1201

## FAX TRANSMISSION COVER SHEET

Date:     November 20, 2001

To:       Magistrate Joseph C. Wilkinson, Jr.

Fax:      589-7633

Re:       Alcan Rubber & Chemical., Inc.

File No.  41317-001

Sender:   John F. Fay, Jr., Esq.

YOU SHOULD RECEIVE PAGE 2 (S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (504) 581-5141.

This facsimile transmission contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-581-5141) and return the original facsimile to us by mail without retaining any copies. Thank you.

**NOTES:**

_____
_____
_____
_____