FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC -4 PM 3: 41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 c/w 003467 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Edith Brown Clement |
| | MAGISTRATE: Joseph C. Wilkinson, Jr. |
| Defendants | |

### UNOPPOSED MOTION AND MEMORANDUM
### FOR EXTENSION OF TIME
### IN WHICH TO FILE RESPONSE TO MOTION
### FOR SUMMARY JUDGMENT OF P.T. ANDHIKA LINES

NOW INTO COURT, through undersigned counsel, come plaintiff Alcan Rubber & Chemical, Inc., and defendants, Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc., and upon suggesting to the Court that defendant P.T. Andhika Lines, has pending a Motion for Summary Judgment set for hearing before this Honorable Court on Wednesday, December 12, 2001.

DATE OF ENTRY
DEC - 6 2001

Upon further suggesting to the Court that when the Motion was served on the parties, the exhibits referenced in the Motion were omitted from service copies.

Upon further suggesting to the Court that the parties have just now received copies of the exhibits and will require additional time to review the exhibits and prepare responses to the pending motion.

Upon further suggesting to the Court that counsel has consulted counsel for movant P.T. Andhika Lines and counsel has no opposition to an extension of time for filing responses/oppositions up to and including the close of business on Friday, December 7, 2001.

New Orleans, Louisiana, this 4th day of December, 2001.

Respectfully submitted,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA) (#2741)
STEPHEN E. MATTESKY (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

DEUTSCH, KERRIGAN & STILES, L.L.P.

_____
JOHN F. FAY, JR. (TA) (#1870)
FRANCIS J. BARRY, JR. (#2830)
WILLIAM K. TERRILL, II (#25897)
755 Magazine Street
New Orleans, LA 70130
Telephone: 504/581-5141
Attorneys for Royal & Sun Alliance Insurance Australia Limited

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 4th day of December, 2001.

_____

O:\New Files Folder\326\32687\p\motion extend time.wpd

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 c/w 003467 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Edith Brown Clement |
| | MAGISTRATE: Joseph C. Wilkinson, Jr. |
| Defendants | |

### **ORDER**

Considering the foregoing motion;

IT IS HEREBY ORDERED that the time in which to file responses/oppositions to defendant, P.T. Andhika Lines' Motion for Summary Judgment is hereby extended up to and including the close of business on Friday, December 7, 2001.

New Orleans, Louisiana, this _5_ day of _December_, 2001.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 4TH day of December, 2001.

_____