FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC -4  PM 4: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0033 |
| M/V STAR GRAN, her engines, tackle, etc., *in rem* and STAR SHIPPING A.S., | SECTION N |
| GRIEG SHIPPING A.S., P.T. ANDHIKA LINES, GRAN, INC., *in personam* | MAGISTRATE 2 |

### MOTION TO FILE EXHIBITS

NOW INTO COURT, through undersigned counsel, comes defendant, P.T. Andhika Lines, who submits as Exhibits 1 and 2, bills of lading issued by Andhika Lines and Star Shipping, respectively, which were inadvertently left out of its Motion for Summary Judgment.

Respectfully submitted,

_____
ANTONIO J. RODRIGUEZ, T.A. (#11375)
MARY C. HUBBARD (#1426)
FOWLER, RODRIGUEZ, KINGSMILL, FLINT,
GRAY & CHALOS, L.L.P.
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorneys for Defendant: P.T. Andhika Lines

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon the following counsel of record either by hand delivery or by depositing same in the United States mail, postage prepaid and properly addressed, this 4 day of Dec , 2001.

F:\USERS\JBEALL\2367-4\PLEADING\MottofileExh.wpd (December 4, 2001 (12:31PM)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0033 |
| M/V STAR GRAN, her engines, tackle, etc., *in rem* and STAR SHIPPING A.S., GRIEG SHIPPING A.S., P.T. ANDHIKA LINES, GRAN, INC., *in personam* | SECTION N<br><br>MAGISTRATE 2 |

### ORDER

It is hereby ordered, adjudged and decreed that P.T. Andhika Lines is permitted to file Exhibits 1 and 2, bills of lading issued by Andhika Lines and Star Shipping, respectively, which were inadvertently omitted from its Motion for Summary Judgment.

December 5, 2001

_____
UNITED STATES DISTRICT JUDGE

-3-

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**