UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE

THE BELOW LISTED SECTION "N" CIVIL CASES ARE
REASSIGNED TO JUDGE KURT D. ENGELHARDT

| Case No. | Case Name |
|---|---|
| 91-1856 | NO Sheet Metal, et al v. Fidelity & Deposit |
| 96-2922 | Sansonni v. Mine Safety |
| 98-1333 | Burks, et al v. Bogalusa City Sch Bd |
| 99-0181 | Williams v. Daybrook Fisheries |
| 99-0312 c/w | Estes v. SOCO Offshore Inc. |
| 99-0741 | Estes v. Soco Offshore Inc. |
| 99-1405 | Caravanas v. Hall |
| 99-1767 | Stewart, et al v. Louisiana Clinic |
| 99-2322 | Dekerlegand, et al v. Wal-Mart Stores, Inc. |
| 99-2332 | Mohnot, et al v. Bhansali |
| 99-2904 | Jones v. Sassone |
| 99-2955 | Ferry v. Deeper Life |
| 99-3091 | Scott, et al v. R J Reynolds Tobacco |
| 99-3205 | Rachel, et al v. Petro Helicopters |
| 99-3912 | Thyssen Inc v. Anastasia MV |
| 00-0033 c/w | Alcan Rubber & Chem v. Star Gran MV |
| 00-3467 | Royal & Sun Alliance v. Star Gran MV |
| 00-0893 | Denet Towing Svc Inc v. Rhea 84 Barge |
| 00-0895 | Miller v. Hammond City of |

LORETTA G. WHYTE, CLERK
DECEMBER 17, 2001

___ Fee_____
___ Process_____
X   Dktd _____
___ CtRmDep____
___ Doc.No.____