FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 18 PM 1:27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER & CHEMICAL                CIVIL ACTION

VERSUS                                 NO. 00-33 c/w 00-3467

M/V STAR GRAN, her engines, tackle,    SECTION "N"
etc, in rem, ET AL

## O R D E R

The undersigned, taking cognizance of Title 28, Section 455 and Canon 3-C(1) of the Code of Judicial Conduct, and considering that one of the parties in this matter is represented by the law firm of Deutsch, Kerrigan, and Stiles, which law firm represents the undersigned in ongoing litigation, and that he should disqualify himself herein, otherwise it could give the appearance of impropriety,

**IT IS ORDERED** that the Clerk of Court reallot this matter to a section of this Court other than Section "N."

New Orleans, Louisiana, this 17 day of December, 2001.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

REALLOTTED TO
SECT. S

DATE OF ENTRY
DEC 1 8 2001