```
UNITED STATES DISTRICT COURT
             FILED
     January 2, 2002
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER & CHEMICAL, INC.          CIVIL ACTION

VERSUS                                  NO. 00-33
                                        c/w 00-3467

M/V STAR GRAN                           SECTION "S"

### PRELIMINARY CONFERENCE NOTICE

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **FRIDAY, JANUARY 11, 2002 AT 10:00 A.M.**, for the purpose of **rescheduling the pre-trial conference** and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

_____
Cesyle Nelson
COURTROOM DEPUTY CLERK, SECTION "S"
504-589-7680

### NOTICE OF COMPLIANCE WITH Fed.R.Civ.P. 26(a)(1) AND 26(f)

COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f). COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.

### NOTICE
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

```
___FEE_____
XXPROCESS_____
XXDOCKET_____
XXCTRM DEP_____
DOCUMENT NO.___
```