

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Australia Limited<br>　　　　　　Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, STAR SHIPPING A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Alma L. Chasez |

## UNCONTESTED MOTION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES

NOW INTO COURT, through undersigned counsel, come plaintiffs, Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Australia Limited ("plaintiffs") who respectfully request that this Honorable Court continue the trial date currently scheduled for April 15, 2002 at 10:00 a.m., and all associated deadlines for all the reasons more fully set forth in the attached memorandum.

This is the first request for a continuance made by any party to the litigation. Defendants to this matter do not contest plaintiffs request for a continuance of the trial date and associated

DATE OF ENTRY
JAN 1 6 2002

deadlines. In accordance with the Court's Civil Justice Reform Act Expense Delay Reduction Plan, counsel for plaintiffs to this litigation certify to the court that they have advised their clients and that they have consented to a motion to continue the trial in this case, and that the clients have been provided with a copy of this motion to continue trial date and associated deadlines.

Respectfully submitted,

_____
JOHN F. FAY, JR. (La. Bar #1870), T.A.
FRANCIS J. BARRY, JR. (#2830)
WILLIAM K. TERRILL, II (#25897)
of
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-5141
Fax: (504) 529-7389
**Attorneys for Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Australia Limited**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 11th day of January, 2002.

_____
William K. Terrill, II

G:\VICTORIA\Jff\STARGRAN\PLEADING\MtnToContinue.wpd

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Australia Limited**<br>　　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**M/V STAR GRAN, her engines, tackle, apparel, etc.,** *in rem,* **STAR SHIPPING A.S., P.T. Andhika Lines and Gran, Inc.,** *in personam*<br><br>　　　　　　**Defendants** | CIVIL ACTION<br><br>NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Alma L. Chasez |

**MEMORANDUM IN SUPPORT OF UNCONTESTED MOTION
TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES**

MAY IT PLEASE THE COURT:

This matter involves a sizable claim for damage to consignment of rubber and plaster board carried on board the M/V STAR GRAN from the Far East to U.S. ports including New Orleans, ports under multiple bills of lading. A fire occurred onboard the M/V STAR GRAN during her voyage to the United States. The parties to this matter have conducted initial discovery and have exchanged claims documentation. Both plaintiffs and defendants, however, have determined that some additional time is necessary in order to explore the possibility of settlement prior to incurring

expert fees and conducting additional discovery, involving depositions of witnesses located overseas. The parties suggest that additional time will assist the parties in their attempt to resolve this matter. In the alternative, the additional time will assist the parties in ensuring that the case is properly presented to the Court.

Trial on this matter is scheduled for April 4, 2002. The case has not been continued previously; counsel shows that a brief continuance is necessary to explore the possibility of settlement and/or to properly present the matter to the Court, if need be, and is in the best interest of the parties and judicial economy. Plaintiffs counsel has conferred with its principals and certify that the principals have consented to this motion to continue the case. Counsel has also provided copies of this motion to its clients as required by the Civil Justice Reform Act Expense and Delay Reduction Plan.

Respectfully submitted,

_____
JOHN F. FAY, JR. (La. Bar #1870), T.A.
FRANCIS J. BARRY, JR. (#2830)
WILLIAM K. TERRILL, II (#25897)
　　　　　　of
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-5141
Fax: (504) 529-7389
**Attorneys for Alcan Rubber & Chemical, Inc.
and Royal & Sunalliance Insurance
Australia Limited**

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 11th day of January, 2002.

_____
William K. Terrill, II

G:\VICTORIA\Jff\STARGRAN\PLEADING\MemoMtnToContinue.wpd

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br>and Royal & Sunalliance Insurance<br>Australia Limited<br>    Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle,<br>apparel, etc., *in rem*, STAR SHIPPING<br>A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>    Defendants | CIVIL ACTION<br><br>NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Alma L. Chasez |

## ORDER

Having considered the foregoing uncontested motion to continue trial date and associated deadlines;

IT IS HEREBY ORDERED that the April 4, 2002, trial date is hereby continued [by telephone conference]. The courtroom deputy will contact all parties in order to schedule a ~~preliminary conference and~~ new trial date [on February 7, 2002 at 2:15 p.m.]

New Orleans, Louisiana this 15 day of January, 2002.

_____
UNITED STATES DISTRICT JUDGE