

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 19  PM 12: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE AUSTRALIA LIMITED<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, etc., *in rem*, and STAR SHIPPING AS, GRIEG SHIPPING AS, GRAN, INC. and A/S BILLABONG, *in personam* | CIVIL ACTION<br><br>NO. 00-3467      c/w 00-33<br><br>SECTION "S" (5)<br>Judge ~~Martin L.C. Feldman~~ Lemmon<br>Magistrate ~~Alma L. Chasez~~ Wilkinson |

## MOTION TO COMPEL DISCOVERY

NOW INTO COURT, through undersigned counsel, come Star Shipping A.S., Grieg Shipping A.S., Gran, Inc. and A/S Billabong, who move this Honorable Court for an order compelling Royal Sun & Alliance Insurance Australia Limited to answer Interrogatories and to produce for inspection the documents which are the subject of Requests for Production of Documents served on November 2, 2001. Failing which defendants pray that there be judgment herein in their favor against Royal Sun & Alliance Insurance Australia Limited whose claims should be dismissed with prejudice.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER  (TA)   (# 2741)
STEPHEN E. MATTESKY   (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., Gran, Inc.
and A/S Billabong

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this _18_ day of March 2002.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE AUSTRALIA LIMITED<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, etc., *in rem*, and STAR SHIPPING AS, GRIEG SHIPPING AS, GRAN, INC. and A/S BILLABONG, *in personam* | CIVIL ACTION<br><br>NO. 00-3467<br><br>SECTION "F" (5)<br>Judge Martin L.C. Feldman<br>Magistrate Alma L. Chasez |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL DISCOVERY**

MAY IT PLEASE THE COURT:

On November 2, 2001, defendants, Star Shipping AS, Grieg Shipping AS, Gran, Inc., and A/S Billabong (hereinafter "defendants"), propounded Interrogatories and Requests for Production of Documents, serving both upon Royal & Sun Alliance Insurance Australia Limited. Rule 33 of the Federal Rules of Civil Procedure provides that the party to whom the interrogatories and requests are served shall serve written responses or objections within thirty (30) days after service of the request. To date, Royal & Sun Alliance Insurance Australia Limited has failed to file written responses and/or objections.

Defendants submit that there is no good reason why the information sought should not be forthcoming, that the documents sought are in the custody, possession and/or control of Royal & Sun Alliance Insurance Australia Limited and constitute evidence material for which the matter involved herein.

Defendants submit they are entitled to an order, under Rule 37 of the Federal Rules of Civil Procedure, compelling Royal & Sun Alliance Insurance Australia Limited to respond under oath to the Interrogatories and Requests for Production of Documents. It is further requested that should Royal & Sun Alliance Insurance Australia Limited fail to make the required response, that there be judgment herein in favor of defendants against Royal & Sun Alliance Insurance Australia Limited and that Royal & Sun Alliance Insurance Australia Limited's claim filed herein be dismissed with prejudice, and that in any event, attorney's fees be awarded for having to bring this Motion.

Defendants submit that it is entitled to costs and fees in this case due to the systematic and continuous nature of plaintiff's actions (or inaction). This is the second time that a discovery motion had to be filed seeking to have a plaintiff in this case provide information which it should have voluntarily produced. Despite plaintiff's early involvement shortly after the fire and its requiring these defendants to produce numerous witnesses and substantial documents, defendants still have nothing from this particular plaintiff concerning their damage or liability claims, particularly the amount of the damage. It may well be, indeed probably will be, despite the giving of substantial security early in the case, to avoid arrest of the vessel, that defendants are entitled to a reduction in that security. With respect to the other plaintiff in the case, the actual damage claim wound up being about 50% of the amount originally estimated. Nonetheless, defendants are forced to maintain on its books substantial security simply because plaintiff doesn't want to disclose any documents

The information being sought is not at all complicated. All defendants seek are the very documents that plaintiff should have used in preparing its lawsuit.

-2-

In an attempt to avoid filing this particular motion, counsel has written numerous letters and has had numerous phone conversations. Unfortunately, all that has been received are promises.

> Respectfully submitted:
>
> TERRIBERRY, CARROLL & YANCEY, L.L.P.
>
> _____
> ROBERT J. BARBIER (TA)  (# 2741)
> STEPHEN E. MATTESKY   (#9046)
> 3100 Energy Centre
> 1100 Poydras Street
> New Orleans, LA 70163-3100
> Telephone: 504/523-6451
> Attorneys for Defendants
> Star Shipping A.S., Grieg Shipping A.S., Gran, Inc. and A/S/ Billabong

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 18 day of March 2002.

_____

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE<br>AUSTRALIA LIMITED<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, etc., *in rem*,<br>and STAR SHIPPING AS, GRIEG SHIPPING AS,<br>GRAN, INC. and A/S BILLABONG, *in personam* | CIVIL ACTION<br><br>NO. 00-3467<br><br>SECTION "F" (5)<br>Judge Martin L.C. Feldman<br>Magistrate Alma L. Chasez |

### NOTICE OF HEARING

TO:   John Fay, Esquire
      Deutsch, Kerrigan & Stiles, L.L.P.
      755 Magazine Street
      New Orleans, LA 70130-3672

PLEASE TAKE NOTICE that the above and foregoing Motion to Compel will be brought on hearing before the Court at 11:00 [10:00 struck through] o'clock a.m. on April 17, 2002, before the Honorable Magistrate Alma L. Chasez.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA)  (# 2741)
STEPHEN E. MATTESKY   (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., Gran, Inc. and
A/S Billabong

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this _18_ day of March 2002.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE<br>AUSTRALIA LIMITED<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, etc., *in rem*,<br>and STAR SHIPPING AS, GRIEG SHIPPING AS,<br>GRAN, INC. and A/S BILLABONG, *in personam* | CIVIL ACTION<br><br>NO. 00-3467<br><br>SECTION "F" (5)<br>Judge Martin L.C. Feldman<br>Magistrate Alma L. Chasez |

## CERTIFICATE OF LOCAL RULE 37 CONFERENCE

In contemplation of this discovery motion now scheduled for 10:00 o'clock a.m. on April 17, 2002, and pursuant to Local Rule 37, on January 10, 2002 and numerous times thereafter, undersigned counsel for defendants discussed this outstanding discovery with counsel for Royal & Sun Alliance Australia Limited. To date, no responses have been forthcoming.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA)   (# 2741)
STEPHEN E. MATTESKY   (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., Gran, Inc.
and A/S Billabong

-2-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this /8 day of March 2002.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE AUSTRALIA LIMITED<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, etc., *in rem*, and STAR SHIPPING AS, GRIEG SHIPPING AS, GRAN, INC. and A/S BILLABONG, *in personam* | CIVIL ACTION<br><br>NO. 00-3467<br><br>SECTION "F" (5)<br>Judge Martin L.C. Feldman<br>Magistrate Alma L. Chasez |

## REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., Gran, Inc. and A/S Billabong, and request that Royal & Sun Alliance Insurance Australia Limited produce the following:

### REQUEST NO. 1

Any and all documents pertaining to agreements and/or contracts of sale and/or consignment of the goods alleged to have been damaged in the subject litigation, including, but not limited to, bills of lading, mate's receipts, packing lists, shipping lists, mill certificates and sales agreements.

### REQUEST NO. 2

Commercial invoices for all such goods listed in No. 1 above.

**REQUEST NO. 3**

Any and all cargo survey reports, including, but not limited to, pre-shipment, pre-loading and discharge surveys.

**REQUEST NO. 4**

Lab analysis reports and test samples.

**REQUEST NO. 5**

Any and all photographs of the cargo and the STAR GRAN.

**REQUEST NO. 6**

Any and all reports or other records showing the condition of the cargo at discharge and delivery.

**REQUEST NO. 7**

Any and all damage supports and documentation evidencing computation of damages claimed in this matter.

**REQUEST NO. 8**

Any and all documents pertaining to the transfer, storage, and/or inland transportation of the cargo in question including, without limitation, invoices, freight bills, delivery receipts, and warehouse receipts.

**REQUEST NO. 9**

Any and all documents which in any way note the depreciation in value of the cargo which forms the basis of the subject litigation.

**REQUEST NO. 10**

Any and all documents which in any way relate to the salvage and/or sale of the cargo which is the basis of the subject litigation.

**REQUEST NO. 11**

Any and all statements obtained from any individual, whether written, recorded or otherwise, in connection with the subject damages.

**REQUEST NO. 12**

Any and all experts' reports prepared on your behalf relative to the alleged damages in suit.

**REQUEST NO. 13**

Any and all investigative data prepared by a non-lawyer of whatsoever nature pertaining to the alleged damages in suit.

**REQUEST NO. 14**

Any and all insurance policies covering the cargo loss complained of, including any subrogation documentation.

-3-

**REQUEST NO. 15**

Please provide copies of any and all correspondence you have between your principals and any surveyor.

**REQUEST NO. 16**

Please provide copies of all documents you have which support your claim for shortage.

**REQUEST NO. 17**

Please provide copies of all documents you have which support your claim for damage.

**REQUEST NO. 18**

Please provide copies of all documents you have which support your claim for extraordinary expenses.

**REQUEST NO. 19**

Please provide copies of all records you have showing the value of the cargo prior to shipment.

**REQUEST NO. 20**

Please provide copies of all documentation you have showing the sound arrive market value of the cargo.

-4-

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA)  (# 2741)
STEPHEN E. MATTESKY  (#9046)
3100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 2 day of November, 2001.

_____
ROBERT J. BARBIER

-5-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE AUSTRALIA LIMITED<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, etc., *in rem*, and STAR SHIPPING AS, GRIEG SHIPPING AS, GRAN, INC. and A/S BILLABONG, *in personam* | CIVIL ACTION<br><br>NO. 00-3467<br><br>SECTION "F" (5)<br>Judge Martin L.C. Feldman<br>Magistrate Alma L. Chasez |

## INTERROGATORIES

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., Gran, Inc. and A/S Billabong, and propound the following Interrogatories to Royal & Sun Alliance Australia Limited:

### INTERROGATORY NO. 1

Please state the basis of your claim.

### INTERROGATORY NO. 2

Please describe, in detail, the manner in which the alleged damage as to each item of cargo is computed.

**INTERROGATORY NO. 3**

Please provide the names, addresses and telephone numbers of all attending surveyors who attended or examined the cargo on your behalf at loading, during transit, or following discharge.

**INTERROGATORY NO. 4**

Please identify all parties you intend to call as witnesses, including expert witnesses.

**INTERROGATORY NO. 5**

Please provide a detailed list of documents which you have in your possession concerning this claim. If you claim privilege, please specifically identify document, date of document, and author of document to which you claim privilege, as well as outlining the privilege claimed.

**INTERROGATORY NO. 6**

Please state the ultimate disposition of the cargo which forms the basis of the subject litigation.

**INTERROGATORY NO. 7**

Please state what action was taken by you to preserve and/or salvage each item of damaged cargo.

**INTERROGATORY NO. 8**

Please state what, if any, specific acts or omissions Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc. and/or the M/V STAR GRAN caused or contributed to the loss or damages alleged in your complaint.

**INTERROGATORY NO. 9**

Please identify by name, title, telephone number, capacity, and residence address of all witnesses, including expert witnesses, you intend to call at trial in support of your claim, and detail the substance of their expected testimony.

**INTERROGATORY NO. 10**

Please state the name, title, capacity, telephone number, and residence address of all persons believed by you to have any information in any way relevant to the alleged damages in question.

**INTERROGATORY NO. 11**

Please give the names, telephone numbers, and addresses of persons from whom statements have been obtained; and further identify all persons interviewed but from whom statements were not obtained, in connection with the subject damages.

**INTERROGATORY NO. 12**

Please identify by name and capacity any and all individuals who prepared or assisted in the preparation of any and all answers to these Interrogatories.

                                      Respectfully submitted:

                                      TERRIBERRY, CARROLL & YANCEY, L.L.P.

                                      ROBERT J. BARBIER (TA) (# 2741)
                                      STEPHEN E. MATTESKY (#9046)
                                      3100 Energy Centre, 1100 Poydras Street
                                      New Orleans, LA 70163-3100
                                      Telephone: 504/523-6451
                                      Attorneys for Defendants
                                      Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this ____ day of November, 2001.

                                      ROBERT J. BARBIER