```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2002 APR 17  AM 11:29

                               LORETTA G. WHYTE
                                    CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
April 17, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE AUSTRALIA LIMITED | CIVIL ACTION |
| VERSUS | NO. 00-33 c/w 00-3467 |
| M/V STAR GRAN ET AL. | SECTION "S" (2) |

HEARING ON MOTION

MOTION:   Defendants' Motion to Compel Discovery, Record Doc. No. 35

O R D E R E D:

__XX__ :   DISMISSED AS MOOT. Counsel for movant has advised the court that the parties have resolved their discovery dispute. Accordingly, the motion is moot.

```
                                    JOSEPH C. WILKINSON, JR.
                              UNITED STATES MAGISTRATE JUDGE
```

DATE OF ENTRY
APR 1 7 2002

Fee____
Process____
X  Dktd __16__
V  CtRmDep____
Doc. No. 36