

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER & CHEMICAL CO.           CIVIL ACTION

VERSUS                                NO. 00-33 c/w
                                      00-3467

M/V STAR GRAN ET AL                   SECTION "S"

JUDGMENT

The court granted the motion of P. T. Andhika Lines for summary judgment and written Order and Reasons were filed into the record (doc. #37). The court found that there is no just reason for delay and directed the entry of final judgment (doc. #38).

IT IS ORDERED, ADJUDGED AND DECREED, that there be judgment in favor of defendant P.T. Andhika Lines, and against Alcan Rubber & Chemical Co., dismissing plaintiff's claims against P.T. Andhika Lines.

The judgment herein is a final judgment as to P.T. Andhika Lines under the provisions of Rule 54(B) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this _13_ day of June, 2002.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 1 4 2002