FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN 26 PM 4: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Alcan Rubber & Chemical, Inc.** | CIVIL ACTION |
| **Plaintiff** | NO. 00-0033 |
| VERSUS | SECTION: "A" (2) S |
| | Judge Clement |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, STAR SHIPPING A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | MAGISTRATE:<br>Mag. Alma L. Chasez |
| **Defendants** | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Alcan Rubber & Chemical, Inc., plaintiff appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment of the District Court for the Eastern District of Louisiana in this matter, which Judgment was signed on June 13, 2002 and entered on June 14, 2002. (Exhibit "A"). This Judgment was signed and entered in accordance with the Court's Order of June 7, 2002. (Exhibit "B"). The parties to the Judgment appealed and name and address as follows:

Mary Campbell Hubbard, Esq.
Fowler Rodriguez
Place St. Charles - 36th Floor
201 St. Charles Avenue
New Orleans, Louisiana 70170
**Attorneys for defendant, P.T. Andhika Lines, Ltd.**
(504) 523-2600 (Telephone)
(504) 523-2705 (Facsimile)

Respectfully submitted,

_____
JOHN F. FAY, JR. (La. Bar #1870), T.A.
FRANCIS J. BARRY, JR. (#2830)
WILLIAM K. TERRILL, II (#25897)
of
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-5141
Fax: (504) 529-7389
**Attorneys for Royal & Sun Alliance Insurance Australia Limited**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 26th day of June, 2002.

_____
William K. Terrill, II

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br>and Royal & Sunalliance Insurance<br>Australia Limited<br>    Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle,<br>apparel, etc., *in rem*, STAR SHIPPING<br>A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br>    Defendants | CIVIL ACTION<br><br>NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Alma L. Chasez |

## ORDER AND RULE 54(b) CERTIFICATION

Having considered the foregoing Unopposed Rule 54(b) Motion to Certify Judgment, this Court makes the following findings:

1. On May 21, 2001, this Court entered Order and Reasons dismissing all of Alcan Rubber and Chemical Company, Inc.'s ("Alcan") claims against P.T. Andhika Lines ("Andhika").

2. Andhika is one of the multiple defendants in this matter. Alcan continues to maintain claims in this matter against the M/V STAR GRAN, *in rem*, Star Shipping A.S., Gran, Inc., and Greig Shipping, *in personam*. The Court' Order and Reasons of May 20, 2002 apply only to Alcan's claims against Andhika.

3. This case involves a claim for damage to a cargo of rubber products allegedly damaged during carriage by sea from the Far East to the Port of New Orleans, Louisiana.

Exhibit "A"

4. The Court determines that there is no just reason for delay of an entry of a final judgment in favor of Andhika, permitting an immediate appeal of the Court's May 20, 2002, Order and Reason, for the following reasons:

   a.) By entering a final judgment, thereby permitting an immediate appeal, a second, later trial against Andhika before the district court involving many of the same of similar factual issues that will be before the Court in any trial against the remaining defendants may be avoided if the Court of Appeals determines that Andhika is subject to the forum.

   b.) Judicial efficiency will be fostered by the certification of this matter under Rule 54(b), as the probability of a later appeal and the potential for further litigation may be avoided.

In light of the foregoing findings:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED and THIS COURT EXPRESSLY DIRECTS that:**

1. A final judgment dismissing Alcan's claims against Andhika be entered into the record;

2. The referenced final judgment as to Alcan's claims against Andhika be certified pursuant to Federal Rule of Civil Procedure 54(b), on the basis that the judgment applies only to one of multiple parties in this litigation and there is no just reason for delay of this final order.

New Orleans, Louisiana, this ___7___ day of June, 2002.

                                                      UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER & CHEMICAL CO.         CIVIL ACTION

VERSUS        NO. 00-33 c/w
00-3467

M/V STAR GRAN ET AL        SECTION "S"

## J U D G M E N T

The court granted the motion of P. T. Andhika Lines for summary judgment and written Order and Reasons were filed into the record (doc. #37). The court found that there is no just reason for delay and directed the entry of final judgment (doc. #38).

IT IS ORDERED, ADJUDGED AND DECREED, that there be judgment in favor of defendant P.T. Andhika Lines, and against Alcan Rubber & Chemical Co., dismissing plaintiff's claims against P.T. Andhika Lines.

The judgment herein is a final judgment as to P.T. Andhika Lines under the provisions of Rule 54(B) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 13 day of June, 2002.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 1 4 2002

Exhibit "B"