FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP -4  PH 1: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER AND CHEMICAL                    CIVIL ACTION
INC.

VERSUS                                       NO: 00-0033
                                             C/W 00-3467

STAR GRAN M/V ET AL.                         SECTION: "S" (2)

**IT IS ORDERED** that the parties contact Magistrate Judge
Joseph C. Wilkinson, Jr. within 10 days for the purpose of
conducting a settlement conference.  Settlement conference must
be held before  pre-trial.

New Orleans, Louisiana this 4th day of September, 2002.


                    **MARY ANN VIAL LEMMON**
                **UNITED STATES DISTRICT JUDGE**


DATE OF ENTRY

SEP 0 4 2002