

```
         FILED
    U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2002 SEP 24  PM 3: 26

    LORETTA G. WHYTE
         CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| VERSUS | SECTION "S" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Mary Ann Vial Lemmen |
| | MAGISTRATE: Joseph C. Wilkinson, Jr. |
| Defendants | |

### **VERIFIED CLAIM**

NOW COMES Gran, Inc., appearing restrictively herein pursuant to Federal Rules of Civil Procedure Supplemental Rule E(8), through its undersigned attorneys, duly authorized, and shows that it is the sole owner of the M/V STAR GRAN, proceeded against in this action, and is entitled to restitution of same and the right to defend this action on behalf of said vessel *in rem*.

This appearance to defend is expressly restricted to defense of the *in rem* claim and is for no other purpose.



New Orleans, Louisiana, this 24th day of September, 2002.

        Respectfully submitted:

        TERRIBERRY, CARROLL & YANCEY, L.L.P.

        _____
        ROBERT J. BARBIER (TA) (#2741)
        STEPHEN E. MATTESKY   (#9046)
        3100 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-3100
        Telephone: 504/523-6451
        Attorneys for Gran, Inc., as claimant of the
        M/V STAR GRAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 24th day of September 2002.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| VERSUS | SECTION "S" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: Mary Ann Vial Lemmen |
| Defendants | MAGISTRATE: Joseph C. Wilkinson, Jr. |

## **VERIFICATION**

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, the undersigned authority, personally came and appeared:

### **STEPHEN E. MATTESKY**

who, after being first duly sworn, did depose and state:

    1.    He is one of the attorneys for Gran, Inc., the sole owner and claimant of the M/V STAR GRAN;

    2.    He makes this verification on its behalf for the reason that no officer of said corporation is available in the district to sign same;

    3.    He is authorized and empowered to make this verification on behalf of the claimant;

4. He has read the foregoing Verified Claim, knows the contents thereof, and the same is true to the best of his knowledge, information and belief based on information and documentation provided by his client.

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 24th DAY

OF September, 2002.

STEPHEN E. MATTESKY

NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 24th day of September 2002.