

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER AND CHEMICAL, INC.         CIVIL ACTION

VERSUS                                   NO. 00-33 c/w 00-3467

M/V STAR GRAN ET AL.                     SECTION "S" (2)

IT IS ORDERED that a **Settlement Conference** is set in this case on **November 12, 2002 at 4:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.  <u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **November 8, 2002** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>  Position letters may be faxed to my chambers at 504-589-7633.

New Orleans, Louisiana, this _____ day of October, 2002.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. MARY ANN VIAL LEMMON

DATE OF ENTRY
OCT 0 2 2002