

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br>and Royal & Sunalliance Insurance<br>Australia Limited<br>        Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle,<br>apparel, etc., *in rem*, STAR SHIPPING<br>A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>        Defendants | CIVIL ACTION<br><br>NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Alma L. Chasez |

### WITNESS AND EXHIBIT LIST

NOW INTO COURT through undersigned counsel, comes plaintiff, Alcan Rubber & Chemical, Inc. and submits the following witness and exhibit lists as follows:

### WITNESSES

1.  Representatives of:

    a.  Star Shipping Company;

    b.  P.T. Andhika Lines;

    c.  Greig Shipping A.S. Grand, Inc.;

    d.  Andhika Chartering PTE;



  e. P.T. Andhika JSA Logistindo;

  f. Gateway Terminal Services - SSA Stevedores;

  g. Discharging stevedores in Houston, Texas;

  h. Discharging stevedores in Pensacola, Florida;

  i. Loading stevedores;

  j. Manufacturers of the rubber;

  k. Sellers of the rubber;

  l. Alcan Rubber;

  m. Fauries Weighing

2. Neil Turner;

3. Frans C. Coppers;

4. Al Weeks;

5. Captain Dela Cruz;

6. Chief Officer Omega Felix;

7. Doug Peal;

8. Wayne Spuddon;

9. Mike Bradley;

10. Emilio White;

11. Edwardo Mesias;

12. Dante Turingan;

13. Geroncio Lopez;

14. Neil Dusarang;

15. Justito Paz Balicanta;

16. Edwardo A. Mesias;

17. Ronick Santome;

18. Geroncio Lopez;

19. Peter Perkodski;

20. Nur Nungkat;

21. Henry N. Feste;

22. Nicholas Punch;

23. Lionel Fauries;

24. John Swanson;

25. George Hero and/or other expert witnesses;

26. Any witness necessary to authenticate any document;

27. Any wintess listed by any other party;

28. Any witness identified during ongoing discovery; and

Plaintiff reserves all rights to amend and/or supplement this listing at any time prior to the trial of this matter.

## **EXHIBITS**

1. Bills of Lading;

2. Marine Notes of Protest with Attachments;

3. Weekly Officers Staff Meeting Agendas;

4. Action Plan;

5. Certificate of Inspection;

6. ISM Code Certification;

7. Cargo Plan for voyage 1099;

8. Captain dela Cruz' Certificates;

9. D-15 Green Binder, Familiarization Records/Deck Checklists/Work Permits;

10. Ginge-Kerr Manual;

11. Trim & Stability Book;

12. Packet of Plans;

13. Cargo Securing Manual;

14. Instructions Manual for Firefighting;

15. Cargo Fire Alarm System;

16. Deck Logbook;

17. Shipboard Work Instructions Manual;

18. D-3 Maintenance Reports;

19. Binder M-24, Safety and Emergency Training Records;

20. Engine Room Logbook;

21. D-14 Maintenance Record of Safety Equipment;

22. Emergency Battery Inspection Logbook, Fire Alarm Test, $CO_2$ Alarm Test;

23. Certificate in Firefighting and Safety, Neil Busarang;

24. Seaman's Papers, Ronick Santome;

25. Certificate of Completion of Advance Training in Firefighting, Geroncio Lopez;

4

26. Seaman's Licenses and Certificate for Justito Balicanta;

27. Job Order Given by Master;

28. Certificates and Licenses;

29. Checklist;

30. Hot Work Permit, 11/19/99;

31. Hot Work Permit, 11/19/99;

32. Hot Work Permit, 11/10/99;

33. Hot Work Permit, 11/5/99;

34. Hot Work Permit, 10/25/99;

35. Hot Work Permit, 10/21/99;

36. Section of General Arrangement Plan;

37. Side View, Wing Tank No. 5;

38. Photographs

39. Expert report of George Hero;

40. Survey reports of Matthews, Matson & Kelley;

41. Survey report of Doug Peel;

42. Photographs taken of M/V STAR GRAN, cargo and holds;

43. Contract(s) of carriage;

44. Debit notes

45. Invoices for purchase;

46. Claim statements;

48. Notice of claim;

49. Customs manifests;

50. Weighing reports

51. OS&D Reports;

52. Salvage letters;

53. Salvage bid requests

54. Salvage bid return letters and evidence of payment;

55. Evidence of salvage payment;

56. Loss summary;

57. Invoices documenting expenses incurred;

58. Commercial invoices;

59. Invoices for all surveyors;

60. Depositions of STAR GRAn Master, Mates and crewmembers, including drawn sketches during depositions;

61. Insurance claim payment documentation/subrogation receipts

62. Samples of damaged cargo and/or laboratory analysis of the same;

63. Reports of all surveyors retained by any party

64. Correspondence regarding claims for damage

65. All documents pertaining to the fire detector or extinguishing system on the vessel

66. All documents referring to the fighting of the fire;

67. Any document referring to the condition of the Motor Vessel STAR GRAN at the material times;

68. Any document referring to the condition of the cargo at the material times

68. Any document referring to the condition of the cargo at the material times

69. Any document referring to the general average;

70. All documents reviewed or considered by any expert;

71. All documents referring to plaintiff's damages;

72. Depositions of any and all witnesses and exhibits thereto;

73. Any document produced during discovery;

74. Any document identified or offered by any other party.

Respectfully submitted,

_____
JOHN F. FAY, JR. (La. Bar #1870), T.A.
FRANCIS J. BARRY, JR. (#2830)
WILLIAM K. TERRILL, II (#25897)
of
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-5141
Fax: (504) 529-7389
**Attorneys for Alcan Rubber & Chemical, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by U.S. Mail, properly addressed, postage prepaid, this 7th day of ~~June~~ October, 2002.

_____

7