FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 OCT -7 PM 3: 47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| | C/W |
| VERSUS | NO. 00-3467 |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*,  Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | SECTION "S" (2) |
| | JUDGE Mary Ann Vial Lemmon |
| Defendants | MAGISTRATE Joseph C. Wilkinson, Jr. |

## PRELIMINARY WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S.,

Grieg Shipping A.S., and Gran, Inc., who list the following witnesses who may be called and

exhibits which may be used at trial of this matter.

_____ Fee_____
_____ Process____
__X__ Dktd_____
_____ CtRmDep____
_____ Doc. No.____

## WITNESSES

1.    Captain Arnel P. Dela Cruz

2.    Ronick R. Santome

3.    Neil Lazaro E. Busarang

4.    Geroncio B. Lopez

5.    Eduardo Mesias

6.    Justito Paz Balicanta

7.    Dante B. Turingan

8.    The officers of the M/V STAR GRAN

9.    The crew of the M/V STAR GRAN

10.   Dr. John Atherton

11.   Frans Coppers

12.   A representative of Star Shipping A.S.

13.   A representative of Greig Shipping A.S.

14.   A representative of Gran, Inc.

15.   A representattive of A/S Billabong

16.   Kjell Veka

17.   Captain Moldestad

18.   A representative of loading and discharging stevedores

19.   A representative of P.T. Andhika Lines

20.     Any witness listed or called by any other party.

## **EXHIBITS**

1.      Licenses and certificates for the officers and crew of the M/V STAR GRAN

2.      STAR GRAN muster list

3.      STAR GRAN safety training plan

4.      STAR GRAN emergency response plan

5.      STAR GRAN safety meeting minutes

6.      STAR GRAN log entries regarding safety drills

7.      STAR GRAN deck log

8.      STAR GRAN engine log book

9.      Loading and stowage documents

10.     STAR GRAN crew list

11.     $CO_2$ system instruction manual

12.     $CO_2$ extinguishing system certificates

13.     STAR GRAN classification certificates

14.     STAR GRAN fire detection system plan

15.     STAR GRAN fire fighting safety plan

16.     STAR GRAN ventilation plan

17.    STAR GRAN stowage plan

18.    STAR GRAN general arrangement plan

19.    Cargo manifest

20.    STAR GRAN hot work permits

21.    STAR GRAN arrival and departure particulars for the subject voyage

22.    Photographs of the vessel and damaged cargo

23.    Records showing cargo disposition

24.    Applicable bills of lading

25.    Applicable charter parties

26.    Loading stevedores' records

27.    Discharging stevedores' records

28.    Marine note of protest

29.    Log extracts for the subject voyage

30.    Incident report of fire in hold no. 8

31.    Contingency manual first notification check list to the company

32.    Telex dated 22 November 1999 entitled "Incident and Damage Report"

33.    All exhibits to depositions of the officers and crew of the STAR GRAN

34.    Incident and damage report dated 22 November 1999

35.    Statement dated 26 November 1999 to port authority reunion

36.    Correspondence from Burgoynes to the captain of the M/V STAR GRAN

37.    Unitor S.A. certificate of inspection dated 15 June 1998 for the M/V STAR GRAN

38.    Det Norske Veritas ISM Code Certification for the M/V STAR GRAN dated 1 July
       1999

39.    Copy of the M/V STAR GRAN shipboard work instructions manual

40.    Mates' receipts for the subject cargos

41.    U.S. Customs Service cargo declaration forms for the subject cargos

42.    STAR GRAN smoke detector manual

43.    Safety equipment record for STAR GRAN firefighting equipment

44.    Safety construction and safety equipment certificates for the STAR GRAN

45.    DMV safety manual certificate for STAR GRAN

46.    Vessel particulars

47.    Statement of fact

48.    Incident report

49.    Fire alarm and $CO_2$ alarm test log book

50.    Shipboard work instruction manual

51.    Any exhibit listed or used by any other party.

Defendants reserve the right to supplement this preliminary list of witnesses and exhibits as additional information becomes available.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____

ROBERT J. BARBIER  (TA)  (# 2741)
STEPHEN E. MATTESKY   (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier, hand delivery or by depositing same in the U.S. mail, properly addressed, postage prepaid, this _7th_ day of October 2002.

_____

-6-