```
                              FILED
                         U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA.

                         2002 NOV 13  A 10: 42

                         LORETTA G. WHYTE
                                CLERK
```

MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 12, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER AND CHEMICAL, INC. | CIVIL ACTION |
| VERSUS | NO. 00-33 |
|  | c/w 00-3467 |
| M/V STAR GRAN ET AL. | SECTION "S" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. No settlement was reached.

                                          _____
                                          JOSEPH C. WILKINSON, JR.
                                          UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 1 3 2002