

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 13 PM 4: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br><br>Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>Defendants | CIVIL ACTION<br><br>NO. 00-0033<br><br>C/W<br><br>NO. 00-3467<br><br>SECTION "S" (2)<br><br>JUDGE:<br>Mary Ann Vial Lemmen<br><br>MAGISTRATE:<br>Joseph C. Wilkinson, Jr. |

### MOTION AND MEMORANDUM IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' FIRE EXPERT, GEORGE F. CASELLAS

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc., and move this Honorable Court to exclude the testimony of plaintiffs' fire expert, George F. Casellas of Marine Consulting Services, Inc. for the reasons set forth below.

By Minute Entry dated February 7, 2002, trial in this matter was scheduled to commence on January 13, 2003 at 9:00 a.m. with a final pre-trial conference to be held on December 6, 2002

at 10:00 a.m. In that same order written reports of experts who may be witnesses for plaintiffs were to be obtained and delivered to counsel for defendants no later than ninety (90) days prior to the final pre-trial conference date. Pursuant to the Court's order plaintiffs' expert reports were due on September 9, 2002.

Despite repeated requests by defendants both in telephone conversations and in writing to plaintiffs' counsel, the report of plaintiffs' fire expert was not received until October 15, 2002, over five weeks past the Court imposed deadline for exchanging such reports. .

The report of plaintiffs' fire expert was not timely issued and delivered to counsel for defendants. Plaintiffs made no formal request to the Court for an extension of time in which to exchange expert reports and as a consequence plaintiffs' fire expert should be precluded from testifying at trial in this matter.

        Respectfully submitted:

        TERRIBERRY, CARROLL & YANCEY, L.L.P.

        _____
        ROBERT J. BARBIER (TA) (#2741)
        STEPHEN E. MATTESKY  (#9046)
        3100 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-3100
        Telephone: 504/523-6451
        Attorneys for Defendants
        Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this __13th__ day of November 2002.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br><br>    Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>    Defendants | CIVIL ACTION<br><br>NO. 00-0033, C/W<br><br>NO. 00-3467<br><br>SECTION "S" (2)<br><br>JUDGE:<br>Mary Ann Vial Lemmen<br><br>MAGISTRATE:<br>Joseph C. Wilkinson, Jr. |

**ORDER**

The Court having considered defendants' Motion in Limine and finding that plaintiffs did not comply with the Court imposed deadlines for the exchange of expert reports as to plaintiffs' fire expert George F. Casellas,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants' motion to exclude the testimony of plaintiffs' fire expert is hereby GRANTED.

                    _____
                     UNITED STATES MAGISTRATE

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA) (# 2741)
STEPHEN E. MATTESKY (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 13th day of November 2002.

_____

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br><br>              Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>              Defendants | CIVIL ACTION<br><br>NO. 00-0033<br><br>C/W<br><br>NO. 00-3467<br><br>SECTION "S" (2)<br><br>JUDGE:<br>Mary Ann Vial Lemmen<br><br>MAGISTRATE:<br>Joseph C. Wilkinson, Jr. |

**NOTICE OF HEARING**

TO:   Ms. Mary C. Hubbard                   John F. Fay, Esq.
       Fowler Rodriguez & Chalos           Will Terrill, Esq.
       201 St. Charles Avenue, 36th Floor   Deutsch, Kerrigan & Stiles, L.L.P.
       New Orleans, LA 70170              755 Magazine Street
                                                                       New Orleans, Louisiana 70130-3672

     PLEASE TAKE NOTICE that the above and foregoing Motion in Limine to Exclude the Testimony of Plaintiffs' Fire Expert, George F. Casellas will be brought on hearing before the Court at 11:00 o'clock a.m. on the 4th day of December 2002, before the Honorable Magistrate Joseph C. Wilkinson, Jr.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER (TA) (# 2741)
STEPHEN E. MATTESKY (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this _13th_ day of November 2002.

_____