

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 26 PM 4: 26

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Alcan Rubber & Chemical, Inc.** **and Royal & Sunalliance Insurance** **Australia Limited**<br>**Plaintiff** | **CIVIL ACTION**<br><br>**NO. 00-0033 and 00-3467** **consolidated NO. 00-0033** |
| **VERSUS** | **SECTION: "S" (2)** **Judge Lemmon** |
| **M/V STAR GRAN, her engines, tackle,** **apparel, etc.,** *in rem***, STAR SHIPPING** **A.S., P.T. Andhika Lines and Gran, Inc.,** *in* *personam*<br><br>**Defendants** | **MAGISTRATE:** **Mag. Wilkinson** |

## UNCONTESTED MOTION TO TRANSFER MOTION IN LIMINE

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Alcan Rubber &

Chemical, Inc. and Royal & Sunalliance Insurance Company, Australia Ltd. ( "plaintiffs") who

respectfully request that the Motion in Limine filed by Star Shipping A.S., Grieg Shipping A.S. and

Gran, Inc. be transferred for hearing for the Honorable Judge Mary Vial Lemmon. The Notice of

Motion filed by the Star Interests mistakenly sets the hearing on this Motion in Limine before the

Honorable Magistrate Joseph C. Wilkinson, Jr. (Exhibit "A"). Motions in Limine, however, are



Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc No 50

heard by the District Court Judges. Counsel for plaintiffs have discussed this matter with counsel

for the Star interest, who agree that the hearing on the Motion in Limine should be transferred to the

District Court Judge, Mary Vial Lemmon.

**DEUTSCH, KERRIGAN & STILES, L.L.P.**

JOHN F. FAY, JR. (La. Bar #1870), T.A.
WILLIAM K. TERRILL, II (La.Bar #25897)
755 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-5141
Fax: (504) 566-1201
**Attorneys for Cargill Incorporated and
Goodyear Tire & Rubber Company**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded

to all counsel of record via first class mail delivery, and telefax addressed to them on this 26th day

of November, 2002.

WILLIAM K. TERRILL, II

G \VICTORIA\JFF\STAR GRAIN\PLEADING\MOTION TO TRANSFER.WPD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br>and Royal & Sunalliance Insurance<br>Australia Limited<br>      **Plaintiff**<br><br>**VERSUS**<br><br>M/V STAR GRAN, her engines, tackle,<br>apparel, etc., *in rem*, STAR SHIPPING<br>A.S., P.T. Andhika Lines and Gran, Inc., *in*<br>*personam*<br><br>      **Defendants** | **CIVIL ACTION**<br><br>**NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033**<br><br>**SECTION: "S" (2)<br>Judge Lemmon**<br><br>**MAGISTRATE:<br>Mag. Wilkinson** |

## ORDER

Having considered the foregoing Uncontested Motion to Transfer Motion in Limine for hearing before District Court Judge;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion in Limine of Star Shipping A.S., Grieg Shipping A.S. and Gran, Inc., is transferred for hearing from the Honorable Magistrate Joseph Wilkinson to the District Court Judge, Mary Vial Lemmon.

New Orleans, Louisiana this 27 day of November, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Alcan Rubber & Chemical, Inc.

Plaintiff

VERSUS

M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam*

Defendants

CIVIL ACTION

NO. 00-0033

C/W

NO. 00-3467

SECTION "S" (2)

JUDGE:
Mary Ann Vial Lemmen

MAGISTRATE:
Joseph C. Wilkinson, Jr.

## NOTICE OF HEARING

TO:   Ms. Mary C. Hubbard
Fowler Rodriguez & Chalos
201 St. Charles Avenue, 36th Floor
New Orleans, LA 70170

John F. Fay, Esq.
Will Terrill, Esq.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130-3672

PLEASE TAKE NOTICE that the above and foregoing Motion in Limine to Exclude the Testimony of Plaintiffs' Fire Expert, George F. Casellas will be brought on hearing before the Court at 11:00 o'clock a.m. on the 4th day of December 2002, before the Honorable Magistrate Joseph C. Wilkinson, Jr.



EXHIBIT
A

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
ROBERT J. BARBIER  (TA)  (# 2741)
STEPHEN E. MATTESKY   (#9046)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by telecopier or by depositing same in the U.S. mail, properly addressed, postage prepaid, this _13th_ day of November 2002.

_____