

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Australia Limited<br>                 **Plaintiff**<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, STAR SHIPPING A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>                 **Defendants** | CIVIL ACTION<br><br>NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Wilkinson |

### JOINT MOTION TO STAY PENDING APPEAL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Company, Australia Ltd. ("plaintiffs") and defendants Star Shipping A.S., Gran, Inc. and Greig Shipping A.S. ("defendants"), who respectfully request that this Honorable Court stay the instant litigation pending the outcome of the Fifth Circuit's decision in *Alcan v. P.T. Andhika*, No. 02-30712.

DATE OF ENTRY
DEC 1 3 2002

Fee
Process
X Dktd
CtRmDep
Doc. No. 53

Currently, Alcan's claim against P.T. Andhika is on appeal to the Fifth Circuit. The further handling of this matter relies, in part, upon whether the Fifth Circuit affirms or reverses the District Court's dismissal of Andhika from the case, as the decision of the court may impact the burden of proof; liability of parties; participation in any potential settlement and other crucial aspects of the case. Additionally, the instant stay will assist the parties with ongoing settlement discussions to see whether this matter can be resolved.

For the foregoing reasons, both plaintiffs and defendants request that the instant matter be stayed pending the outcome of the Fifth Circuit's decision in *Alcan v. P.T. Andhika*, No. 02-30712.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ | /s/ |
| John F. Fay, Jr., T.A. (# 1870) | Robert J. Barbier, T.A. (# 2741) |
| William K. Terrill II (#5897) | Stephen E. Mattesky (#9046) |
| DEUTSCH, KERRIGAN & STILES, L.L.P. | TERRIBERRY, CARROLL & YANCEY, L.L.P. |
| 755 Magazine Street | 3100 Energy Centre |
| New Orleans, LA 70130-3672 | 1100 Poydras Street |
| Telephone: (504) 581-5141 | New Orleans, Louisiana 70163 |
| Facsimile: (504) 566-1201 | Telephone: (504) 523-6451 |
| **Attorneys for Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Australia Limited** | **Attorneys for Star Shipping A/S, Gran, Inc. and Greig Shipping A/S** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record via first class mail delivery, and telefax addressed to them on this 9th day of December, 2002.

_____
WILLIAM K. TERRILL, II

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br>and Royal & Sunalliance Insurance<br>Australia Limited<br>    Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle,<br>apparel, etc., *in rem*, STAR SHIPPING<br>A.S., P.T. Andhika Lines and Gran, Inc.,<br>*in personam*<br><br>    Defendants | CIVIL ACTION<br><br>NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Wilkinson |

## ORDER

Having considered the foregoing Motion to Stay,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the instant matter is stayed pending the outcome of the U.S. Fifth Circuit Court of Appeals decision in *Alcan Rubber and Chemical, Inc. v. P.T. Andhika Lines*, No. 02-30712. Following the Fifth Circuit Court of Appeal's decision, a preliminary scheduling conference will be held to select trial and pre-trial dates.

New Orleans, Louisiana this /0 day of December, 2002.

UNITED STATES DISTRICT COURT JUDGE