FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC 13 PM 4: 49

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DECEMBER 10, 2002**
**LEMMON, J.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER & CHEMICAL CO. | CIVIL ACTION |
| VERSUS | NO. 00-0033 c/w<br>NO. 00-3467 |
| M/V STAR GRAN, *ET AL.* | SECTION "S" (5) |

    The court conducted a pretrial conference on December 6, 2002.  Present:  William K. Terrill II representing Alcan Rubber & Chemical Co.; Robert J. Barbier and Stephen E. Mattesky representing Defendants Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc. Settlement possibilities were discussed.  The parties indicated they would jointly move to stay proceedings pending a ruling by the United States Court of Appeals for the Fifth Circuit on plaintiff's appeal of the order dismissing defendant P.T. Andhika Lines.

1



DATE OF ENTRY
DEC 1 6 2002



Doc.No. 54