

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 MAY -5 PM 4:07
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033<br>C/W 00-3467 |
| VERSUS | SECTION "N" (2) S |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: ~~Ginger Berrigan~~<br>MAGISTRATE: Alma L. Chasez |
| Defendants | |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping AS, Grieg Shipping AS, Gran, Inc. and A/S Billabong, who suggest to the Court that they desire to substitute as their attorney of record Kenneth J. Gelpi, Jr. in place of Stephen E. Mattesky both of whom are with the firm of Terriberry, Carroll & Yancey L.L.P.



DATE OF ENTRY
MAY 0 8 2003

Respectfully submitted,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
KENNETH J. GELPI, JR. (#24103)
3100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-3100
Tel: (504) 523-6451

_____
STEPHEN E. MATTESKY, T.A. (#9046)
3100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-3100
Tel: (504) 523-6451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by depositing same in the U.S. mail, properly addressed, postage prepaid, this ___2___ day of April, 2003.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| VERSUS | SECTION "N" (2) |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | JUDGE: ~~Ginger Berrigan~~ |
| | MAGISTRATE: Alma L. Chasez |
| Defendants | |

### O R D E R

Considering the foregoing Motion to Substitute Counsel of Record;

IT IS ORDERED by the Court that Kenneth J. Gelpi, Jr. be substituted as attorney of record for defendants, Star Shipping AS, Grieg Shipping AS, Gran, Inc. and A/S Billabong, for and in lieu of Stephen E. Mattesky both of whom are with the firm of Terriberry, Carroll & Yancey, L.L.P.

New Orleans, Louisiana, this 6 day of April, 2003.

_____
JUDGE

3