```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2003 NOV -5 PM 5:09

                                            LORETTA G. WHYTE
                                                 CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER AND CHEMICAL INC.                     CIVIL ACTION

VERSUS                                             NO: 00-0033
                                                   C/W  00-3467

STAR GRAN MV ET AL.                                SECTION: "S" (2)

**IT IS ORDERED** that the parties contact Magistrate Judge Joseph C. Wilkinson, Jr. within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 5th day of November, 2003.

_____
MARY ANN VIAL LEMMON
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
NOV - 6 2003

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.__ 62