

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 22 PM 3: 43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. | CIVIL ACTION |
| Plaintiff | NO. 00-0033 |
| | C/W |
| VERSUS | NO. 00-3467 |
| M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, Star Shipping A.S., Grieg Shipping A.S., P.T. Andhika Lines and Gran, Inc., *in personam* | SECTION "S" (2) |
| | JUDGE |
| | Mary Ann Vial Lemmon |
| Defendants | MAGISTRATE |
| | Joseph C. Wilkinson, Jr. |

## WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, come defendants, Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc., who list the following witnesses who may be called and exhibits which may be used at trial of this matter.

### WITNESSES

1. Captain Arnel P. Dela Cruz

2. Ronick R. Santome

Fee_____
Process_____
X Dktd._____
_CtRmDep._____
_Doc. No._____63___

3.    Neil Lazaro E. Busarang

4.    Geroncio B. Lopez

5.    Eduardo Mesias

6.    Justito Paz Balicanta

7.    Dante B. Turingan

8.    Felix T. Omega

9.    The officers of the M/V STAR GRAN

10.    The crew of the M/V STAR GRAN

11.    Dr. John Atherton and/or Dr. Chris Fowler

12.    Frans Coppers

13.    A representative of Star Shipping A.S.

14.    A representative of Greig Shipping A.S.

15.    A representative of Gran, Inc.

16.    A representative of A/S Billabong

17.    Kjell Veka

18.    Captain Moldestad

19.    Trod Semmen

20.    Capain Herold Lillejard

21.    A representative of loading and discharging stevedores

22.    A representative of P.T. Andhika Lines

23.    Jose Thompson or a representative of Indocenic Services

24.    Derek Wood

25.    Any witness listed or called by any other party.

## EXHIBITS

1.    Licenses and certificates for the officers and crew of the M/V STAR GRAN

2.    STAR GRAN muster list

3.    STAR GRAN safety training plan

4.    STAR GRAN emergency response plan

5.    STAR GRAN safety meeting minutes

6.    STAR GRAN log entries regarding safety drills

7.    STAR GRAN deck log

8.    STAR GRAN engine log book

9.    Loading and stowage documents

10.    STAR GRAN crew list

11.    $CO_2$ system instruction manual

12.    $CO_2$ extinguishing system certificates

13.    STAR GRAN classification certificates

14.    STAR GRAN fire detection system plan

15.    STAR GRAN fire fighting safety plan

16.    STAR GRAN ventilation plan

17.   STAR GRAN stowage plan

18.   List of cargo with deficiencies/damages prepared by Kjell Veka

19.   STAR GRAN general arrangement plan

20.   Cargo manifest

21.   STAR GRAN hot work permits

22.   STAR GRAN arrival and departure particulars for the subject voyage

23.   Photographs of the vessel and damaged cargo in Reunion, New Orleans and Pensacola

24.   Records showing cargo disposition

25.   Applicable bills of lading

26.   Applicable charter parties

27.   Loading stevedores' records

28.   Discharging stevedores' records

29.   Marine note of protest

30.   Log extracts for the subject voyage

31.   Incident report of fire in hold No. 8

32.   Contingency manual first notification check list to the company

33.   Telex dated 22 November 1999 entitled "Incident and Damage Report"

34.   All exhibits to depositions of the officers and crew of the STAR GRAN

35.   All exhibits to reports of Frans Coppers and Burgoyne, Inc.

36.   Incident and damage report dated 22 November 1999

37. Statement dated 26 November 1999 to port authority reunion

38. Correspondence from Burgoyne to the captain of the M/V STAR GRAN

39. Unitor S.A. certificate of inspection dated 15 June 1998 for the M/V STAR GRAN

40. Det Norske Veritas ISM Code Certification for the M/V STAR GRAN dated 1 July 1999

41. Copy of the M/V STAR GRAN shipboard work instructions manual

42. Mates' receipts for the subject cargos

43. U.S. Customs Service cargo declaration forms for the subject cargos

44. STAR GRAN smoke detector manual

45. Safety equipment record for STAR GRAN firefighting equipment

46. Safety construction and safety equipment certificates for the STAR GRAN

47. DMV safety manual certificate for STAR GRAN

48. Vessel particulars

49. Statement of fact

50. Incident report

51. Fire alarm and $CO_2$ alarm test log book

52. Shipboard work instruction manual

53. GM calculations

54. Document of Compliance with regard to Billabong

55. Safe Manning Certificate

56. Firefighting equipment inventory

57.    Various charterparties

58.    Pilot chart

59.    Weather reports

60.    Fire plan

61.    Any exhibit listed or used by any other party during depositions or trial.

Defendants reserve the right to supplement this preliminary list of witnesses and exhibits as additional information becomes available.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

ROBERT J. BARBIER (TA) (# 2741)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Fax: 504/5240-3257
Attorneys for Defendants
Star Shipping A.S., Grieg Shipping A.S., and Gran, Inc.

-6-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all

counsel of record by telecopier, hand delivery or by depositing same in the U.S. mail, properly

addressed, postage prepaid, this _ʊʊ_ day of December 2003.

_____

ROBERT J. BARBIER (TA)  (# 2741)