UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER AND CHEMICAL, INC. | CIVIL ACTION |
| VERSUS | NO. 00-33 c/w 00-3467 |
| M/V STAR GRAN ET AL. | SECTION "S" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **FEBRUARY 9, 2004 at 3:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine Street, Hale Boggs Building, Room B409, New Orleans, Louisiana 70130. <u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **February 5, 2004** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u> Position letters, **which must be limited to five pages and double-spaced**, may be faxed to my chambers at 504-589-7633.

New Orleans, Louisiana, this _2d_ day of January, 2004.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. MARY ANN VIAL LEMMON

DATE OF ENTRY
JAN 0 5 2004