```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2004 FEB 10  AM 10: 55

              LORETTA G. WHYTE
                   CLERK
```

MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 9, 2004

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER AND CHEMICAL, INC. | CIVIL ACTION |
| VERSUS | NO. 00-33 c/w 00-3467 |
| M/V STAR GRAN ET AL. | SECTION "S" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. Substantial progress toward settlement was made, and discussions are continuing.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 1 0 2004

___ Fee_____
___ Process____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No. 65