FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 FEB 11  A 11: 25

LORETTA G. WHYTE
         CLERK

MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 10, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALCAN RUBBER AND CHEMICAL, INC. | CIVIL ACTION |
| VERSUS | NO. 00-33 cw/ 00-3467 |
| M/V STAR GRAN ET AL. | SECTION "S" (2) |

An in-person settlement conference was conducted in this case on February 9, 2004 before the undersigned magistrate judge. After followup discussions via telephone, a settlement was reached. By copy of this minute entry, Judge Lemmon is advised so that she may enter a 60-day dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. MARY ANN VIAL LEMMON

DATE OF ENTRY
FEB 1 1 2004