```
                                          FILED
                                     U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2004 FEB 11  PM 3: 16

                                      LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCAN RUBBER AND CHEMICAL,                CIVIL ACTION
INC.

VERSUS                                    NO: 00-0033
                                          C/W  00-3467

M/V STAR GRAN ET AL.                      SECTION: "S" (2)

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise, IT IS ORDERED that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. Each party will bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

If witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 11th day of February, 2004.

                MARY ANN VIAL LEMMON
              UNITED STATES DISTRICT JUDGE

__ Fee_____
__ Process____
X  Dkto____
__ CtRmDep____
__ Doc. No. __67

DATE OF ENTRY
FEB 1 1 2004