


U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC 27 AM II: 12

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Australia Limited<br>　　　　　　Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle, apparel, etc., *in rem*, STAR SHIPPING A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>NO. 00-0033 c/w 00-3467<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Wilkinson<br><br>This pleading applies to all Cases |

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Alcan Rubber & Chemical, Inc. and Royal & Sunalliance Insurance Company, Australia Ltd. ("plaintiffs") and defendants Star Shipping A.S., Gran, Inc. and Greig Shipping A.S. ("defendants"), who respectfully move this court for an order dismissing the above and entitled matter on the grounds that the case has been compromised as of settlement.

DATE OF ENTRY

DEC 3 0 2004

___ Fee_____
___ Process____
X  Dktd_____
✓  CtRmDc_____
___ Doc No. 68

Respectfully submitted,

_____
John F. Fay, Jr., T.A. (# 1870)
William K. Terrill II (#5897)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA  70130-3672
Telephone:   (504) 581-5141
Facsimile:    (504) 566-1201
**Attorneys for Alcan Rubber &
Chemical, Inc. and Royal & Sunalliance
Insurance Australia Limited**

_____
Robert J. Barbier, T.A. (# 2741)
Stephen E. Mattesky (#9046)
TERRIBERRY, CARROLL & YANCEY, L.L.P.
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 523-6451
**Attorneys for Star Shipping
A/S, Gran, Inc. and Greig Shipping A/S**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record via first class mail delivery, and telefax addressed to them on this 23 day of December, 2004.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alcan Rubber & Chemical, Inc.<br>and Royal & Sunalliance Insurance<br>Australia Limited<br>            Plaintiff<br><br>VERSUS<br><br>M/V STAR GRAN, her engines, tackle,<br>apparel, etc., *in rem*, STAR SHIPPING<br>A.S., P.T. Andhika Lines and Gran, Inc., *in personam*<br><br>            Defendants | CIVIL ACTION<br><br>NO. 00-0033 and 00-3467<br>consolidated NO. 00-0033<br><br>SECTION: "S" (2)<br>Judge Lemmon<br><br>MAGISTRATE:<br>Mag. Wilkinson<br><br>This pleading applies to all Cases |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED**, that the above entitled and numbered litigation be and the same is hereby DISMISSED, with prejudice, each party to bear their own cost of court.

New Orleans, Louisiana, this  30  day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE

G:\VICTORIA\Jff\Star Gran\PLEADING\Order of Dismissal.wpd